NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Richard D. McCune
McCune Law Group
18565 Jamboree Road, Suite 550
Irvine, CA 91761
T: (909) 557-1250

CLEAR FORM

ATTORNEY(S) FOR: ML Products Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ML Products Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:23-cv-2094 |
| v. | |
| ASTER GRAPHICS, INC.; and DOES 1 through 25, inclusive, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ML Products Inc._____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| ML Products Inc. | Plaintiff |

ML Products Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock

October 12, 2023                    /s/Richard D. McCune
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

ML Products Inc.