# EXHIBIT 3

**Civil Standing Order Section IX.B. Chart Identifying Proposed Changes in First Amended Complaint**

| Page: Line(s) of Redline Proposed FAC | Proposed Changes |
|---|---|
| Heading | Updates attorneys for Plaintiffs |
| Caption | Adds proposed Defendants Eco Imaging Inc.; Intercon International Corp; Planet Image International Limited; Revol Trading Inc., and changes title to First Amended Complaint, identifies claim for Civil Conspiracy |
| Footer (throughout) | Changes title to First Amended Complaint |
| 3:3-4 | Adds proposed Defendants Eco Imaging Inc., Intercon International Corp., Planet Image International Limited, Revol Trading Inc. |
| 3:26 | Minor edits to footnote |
| 6:23-28 | New footnote added describing further procedural history |
| 7:13-15 | Updates factual allegations about Aster Graphics, Inc. ("Aster") |
| 7:16-21 | Factual allegations about proposed Defendant Eco Imaging Inc. ("Eco Imaging") |
| 7:22-27 | Factual allegations about proposed Defendant Intercon International Corp. ("Intercon International") |
| 8:1-16 | Factual allegations about proposed Defendant Planet Image International Limited ("Planet Image") |
| 8:17-22 | Factual allegations about proposed Defendant Revol Trading Inc. ("Revol Trading") |

| | |
|---|---|
| 9:5-11 | Expands on Court's personal jurisdiction over defendants |
| 16:9-16 | Updates factual allegations about proposed Defendant Planet Image International Limited, removes old web address |
| 16:23-28 | New footnote added describing SEC Statement |
| 17:1 | Adds factual allegations regarding Planet Image |
| 17:3 -4, 9 | Removes International Limited |
| 17:10-11 | Removes International Limited, clarifies manufacturing and selling language |
| 17:13-14 | Adds location of Aster Online Company Limited and removes International Limited |
| 17:17-18-9 | Adds jurisdiction location, updates and adds factual allegations for Aster Online Company Limited |
| 17:22-27 | Removes footnote |
| 17:28 | Updates footnote references |
| 18:10-20:4 | Adds factual allegations concerning Defendants and proposed Defendants |
| 18:27-28 | Updates footnote refences |
| 19:25-28 | Updates footnote references |
| 20:28 | Updates footnote references |
| 60:19-21 | Removes full restitution language |
| 62:6-8 | Removes full restitution language |
| 62:14-63:4 | Adds claim for Civil Conspiracy (California Law) against all Defendants |
| 63:6 | Update Prayer for Relief count |
| 63:21 | Update Jury Demand count |