Richard D. McCune (State Bar No. 132124)
rdm@mccunelawgroup.com
Valerie L. Savran (State Bar No. 334190)
vls@mccunelawgroup.com
Andy Van Ligten (State Bar No. 348696)
avl@mccunelawgroup.com
Brandon Keshish (State Bar No. 351254)
bk@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250

Dana R. Vogel (*Pro Hac Vice*)
drv@mccunelawgroup.com
Connor P. Lemire (*Pro Hac Vice*)
cpl@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: 909-557-1250

*Attorneys for Plaintiff ML Products, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ASTER GRAPHICS, INC., et al.,<br><br>    Defendants. | Case No. 5:23-cv-02094-MEMF-DTB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES AND MOTION FOR MONETARY AND EVIDENTIARY SANCTIONS**<br><br>**DISCOVERY MATTER**<br><br>Hearing Date: August 21, 2025<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. David T. Bristow<br><br>Discovery Cut-Off: August 27, 2025<br>Final Pre-Trial Conference: February 11, 2026<br>Trial Date: March 2, 2026 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 21, 2025, at 10:00 A.M., or as soon thereafter as the matter may be heard, in Courtroom 4 of the above-captioned court, located at the George E. Brown, Jr. Federal Building & United States Courthouse, 3470 12th Street, 3rd Floor, Riverside California 92501, Plaintiff ML Products ("Plaintiff") will, and hereby does, move the Court for an order compelling Defendant Aster Graphics, Inc. ("Defendant") to:

1. Serve amended responses to Document Request Nos. 3, 9, 12, 21, 22, 23, 25, 33, 36, 38, 40, and 44 to confirm that they have made a diligent search and reasonable inquiry for the requested documents, and that they have produced all responsive documents (including communications such as emails and WeChats) in their possession, custody and control. If Defendant is unable to produce any of the requested documents, their response must state why and explain the steps taken to try to obtain the documents.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will, and hereby does, seek monetary and evidentiary sanctions against Defendant and/or Defendant's counsel for reasonable costs incurred in the preparation and litigation of discovery deficiencies and disputes.

Plaintiff's Motion is based upon this Notice, the Joint Stipulation re Plaintiff's Motion to Compel, the Declaration of Dana R. Vogel, all exhibits thereto, and upon all such other and further matters as may properly come before the Court.

Dated: July 10, 2025,                              **McCUNE LAW GROUP, APC**

By: */s/ Dana R. Vogel*
Dana R. Vogel (*Pro Hac Vice*)
drv@mccunewright.com
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: 909-557-1250

*Attorneys for Plaintiff ML Products, Inc.*