# EXHIBIT 5



February 14, 2025

*Via Electronic Mail*

| | |
|---|---|
| Hua Chen | Geoffrey T. Stover |
| ScienBiziP, P.C. | AXS LAW GROUP LA LLP |
| 550 S. Hope Street, Suite 2825 | 6080 Center Dr., Suite 210 |
| Los Angeles, California 90071 | Los Angeles, CA 90045 |
| huachen@scienbizippc.com | Geoff@axslawgroup.com |

**Re:** *ML Products Inc. v. Aster Graphics Inc., et al.,*
Case No.: 5:23-cv-02094-MEMF-DTB (C.D. Cal.)

Counsel:

Plaintiff is producing documents which are or may be responsive to one or more of Defendants' First Set of Requests for Production, bates numbered **PLT000001 – PLT000005, ASTER-IMPORT-000001 – 000422.**

Any documents that are not already publicly available concerning ML Products Inc. should be treated as confidential.

This production is not intended to, and does not, waive any applicable privilege or protection, including the attorney-client privilege and work product privilege. The production of material subject to any applicable privilege or other legal basis under which information may not be subject to production, if any, is inadvertent and does not waive any applicable privilege.

Sincerely yours,

MCCUNE LAW GROUP

Connor P. Lemire

Correspondence:
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Phone: 909-557-1250                                           McCuneLawGroup.com
Fax: 909-557-1275