# EXHIBIT 6

| | |
|---|---|
| **From:** | Karina A. Cangas <kac@mccunewright.com> |
| **Sent:** | Saturday, February 22, 2025 9:37 AM |
| **To:** | HuaChen SBPA; shrutiaggarwal@scienbizippc.com; CalvinChai SBPA; litigation@scienbizippc.com; Geoffrey Stover |
| **Cc:** | Dana R. Vogel; Connor P. Lemire; Valerie L. Savran; Christopher M Sloot; Emily J. Kirk; Kelli N. Williamson; Jennifer R. Schamberger |
| **Subject:** | ML Products v. Aster Graphics Inc. - Plaintiff's Supplemental Production 2/22/2025 |
| **Attachments:** | [PLT000006-PLT000013].pdf; [PLT000014-PLT000016].pdf |

Counsel:

Attached is a further production, labeled PLT000006-PLT000016.

Thank you,

Karina Cangas | Paralegal

MCCUNE LAW GROUP, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC
P: 909.557.1250| F: 909.557.1275 | 3281 East Guasti Road, Suite 100 | Ontario, CA 91761 | McCuneWright.com



Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

| | |
|---|---|
| **From:** | Young |
| **To:** | Mark Schwanauer; &#39;John Zhang&#39;; "John.Zhang"; &#39;young.xu&#39; |
| **Subject:** | 回复：RE：回复：Re：RE: RE: RE: 2019 Rebate |
| **Date:** | Thursday, December 12, 2019 4:26:27 PM |

Hi Mark,

To be closer business partner, can you fix the e-mail problem? @goaster.com is not able to communicate with @mlproducts.com. And my personal mail box was locked this morning. It's a problem for us to keep close communication.

Young.

----------------- 原始邮件 -----------------
**发件人:** "Mark Schwanauer"<mark@mlproducts.com>;
**发送时间:** 2019年12月13日(星期五) 上午6:54
**收件人:** "Young"<871215526@qq.com>;"=?UTF-8?Q?'&#39;<>;"John=C2=A0Zhang&#39;"<John=C2=A0Zhang'@qq.com>;"?="<johnzhang210@gmail.com>;"'John.Zhang'"<John.Zhang@goaster.com>;"'&#39;young.xu&#39;'"<young.xu@goaster.com>;
**主题:** RE：回复：Re：RE：RE: RE: 2019 Rebate

Hi Young,

Can you send the pricing for the Dell s2830dn 593-BBYP ? It is an item you recommended I sell but you didn't include a price for it. Initial analysis of these items looks good. I would like to talk to you more about these.

Thanks,

Mark

---

**From:** Young [mailto:871215526@qq.com]
**Sent:** Tuesday, November 26, 2019 1:51 PM
**To:** Mark Schwanauer; 'John Zhang'; 'John.Zhang'; 'young.xu'
**Subject:** 回复：Re：RE：RE：RE: 2019 Rebate

Hello Mark,

Hope you are doing great! It's hard for us to contact you. We called you several times. Can you take a look at the current purchase recors for rebate program? It's going to be end of 2019. And we are almost there to hit the rebate program. Factory will close in Jan for days for Chinese Lunar New Year. If any requirements you've had in your mind, please let me know asap. Details as below:

1. Per rebate program, yearly purchase hits 180K, rebate 1.5%; yearly purchase hit 200K, rebate 2%. The total sales is $138,020 currently and we still have about 42k to get 1.5% rebate and around 62k to get 2% rebate.

2. for the local price, now you still have the current price without tariffs but it's hard for us to afford 15% tariffs all the time so at least next year we'll apply the new price.

All in all, factory order is the best choice to reach the yearly sales. You can place order by the end of Nov for the usage of first quarter in 2020 now, which could help you to hit the sales target. But if you place order next month, it takes us one month to produce them and when it get delivered, it might be in 2020, out of our rebate program. So it's highly appreciated that you take a look at your sales demand and place a factory order in the last days of Nov.

| Aster number | OEM Number | Current Local Price | Local Price from Nov.1st | DDU price | 15% Tariff | DDU price +15% tariff |
|---|---|---|---|---|---|---|
| AN-HF237A | CF237A | **$41.00** | $44.00 | $34.00 | $5.10 | **$39.10** |
| AN-HF237X | CF237X | **$59.00** | $62.00 | $48.00 | $7.20 | **$55.20** |
| AC-LMS310X | 50F1H00,50F0HA0 | **$27.00** | $30.11 | $22.00 | $3.30 | **$25.30** |
| AC-LMS810X | 52D1H00 | **$39.00** | $42.00 | $33.00 | $4.95 | **$37.95** |
| AC-LMX310XX | 601H, 600HA, 60F1H00, 60F0HA0 | **$34.00** | $37.65 | $28.00 | $4.20 | **$32.20** |
| AC-LMU317 | 51B1000, 51B00A0 | **$26.00** | $29.00 | $22.00 | $3.30 | **$25.30** |
| AC-LMU317X | 51B1H00, 51B0HA0 | **$35.00** | $39.00 | $30.00 | $4.50 | **$34.50** |
| AC-D2360X | 331-9805 | **$26.80** | $29.00 | $22.00 | $3.30 | **$25.30** |
| AC-HF248A | CF248A | **$10.30** | $11.00 | $7.60 | $1.14 | **$8.74** |
| AC-HF294A-2pack | CF294A 2pack | **$21.40** | $22.50 | $15.20 | $2.28 | **$17.48** |
| AC-HF294X-2pack | CF294X 2pack | **$27.60** | $29.60 | $20.80 | $3.12 | **$23.92** |
| AC-B0433K/C/M/Y-4pack | TN-433 four color set | **$29.90** | $32.80 | $25.80 | $3.87 | **$29.67** |
| AC-B0436K/C/M/Y-4pack | TN-436 four color set | **$32.30** | $35.70 | $27.40 | $4.11 | **$31.51** |

| | | | | | | |
|---|---|---|---|---|---|---|
| AC-B0227K/C/M/Y-4pack | TN227 four color set | **$44.00** | $50.00 | $36.00 | $5.40 | **$41.40** |
| AC-HF360XKR/361XCY/362XYR/363XMR-4pack | CF360X four color set | **$85.60** | $92.00 | $69.60 | $10.44 | **$80.04** |
| AC-HF500XK/501XC/502XY/503XM-4pack | CF500X four color set | **$73.20** | $73.20 | $48.00 | $7.20 | **$55.20** |
| AC-C0046XK/XC/XY-XM-4pack | Cartridge 046H 4pack | **$34.70** | $39.90 | $29.60 | $4.44 | **$34.04** |
| AC-HF410XK/411XC/412XY/413XM-4pack | CF410X 4pack | **$34.70** | $39.90 | $29.60 | $4.44 | **$34.04** |
| AC-D2830X | 593-BBYP | **$24.80** | $27.40 | $21.00 | $3.15 | **$24.15** |
| AC-X3215X | 106R02777 | **$6.40** | $7.10 | $5.40 | $0.81 | **$6.21** |
| AC-S0118X | MLT-D118L/XAA | **$16.30** | $18.80 | $14.00 | $2.10 | **$16.10** |
| AC-S0203X | MLT-D203L | **$9.70** | $10.80 | $8.40 | $1.26 | **$9.66** |
| AD-B0221KDR | DR-221CL | **$6.50** | $7.20 | $5.50 | $0.83 | **$6.33** |
| AD-B0221CDR | DR-221CL | **$6.50** | $7.20 | $5.50 | $0.83 | **$6.33** |
| AD-B0221MDR | DR-221CL | **$6.50** | $7.20 | $5.50 | $0.83 | **$6.33** |
| AD-B0221YDR | DR-221CL | **$6.50** | $7.20 | $5.50 | $0.83 | **$6.33** |
| AC-LCU317K | 71B10K0, 71B0010 | **$29.80** | $33.57 | $25.00 | $3.75 | **$28.75** |
| AC-LCU317C | 71B10C0, 71B0020 | **$29.80** | $33.49 | $25.00 | $3.75 | **$28.75** |
| AC-LCU317M | 71B10M0, 71B0030 | **$29.80** | $33.49 | $25.00 | $3.75 | **$28.75** |
| AC-LCU317Y | 71B10Y0, 71B0040 | **$29.80** | $33.64 | $25.00 | $3.75 | **$28.75** |
| AC-LCU317XK | 71B1HK0, 71B0H10 | **$32.50** | $36.51 | $28.00 | $4.20 | **$32.20** |
| AC-LCU317XC | 71B1HC0, 71B0H20 | **$32.50** | $36.44 | $28.00 | $4.20 | **$32.20** |
| AC-LCU317XM | 71B1HM0, 71B0H30 | **$32.50** | $36.42 | $28.00 | $4.20 | **$32.20** |
| AC-LCU317XY | 71B1HY0, 71B0H40 | **$32.50** | $36.65 | $28.00 | $4.20 | **$32.20** |

Regards,

Young.

------------------ 原始邮件 ------------------

**发件人:** "我自己的邮箱"<871215526@qq.com>;

**发送时间:** 2019年10月16日(星期三) 凌晨4:47

**收件人:** "Mark Schwanauer"<mark@mlproducts.com>;"&#39;John Zhang&#39;"<johnzhang210@gmail.com>;"John.Zhang"<John.Zhang@goaster.com>;"&#39;young.xu&#39;"<young.xu@goaster.com>;

**主题:** Re：RE：RE：RE: 2019 Rebate

Hi Mark,

Hope things going well with you. I'm following up with the rebate plan. Attached I have the order track for this year and current pruchasing amount till Oct. You can check the datas and be aware of the position for rebate of 2019. If we want to hit the $200K goal, we need to focus more on the datas. Please check the email John sent with products introduction and consider about selling new items on Amazon.

Also, we have Lexmark products just arrived. MS310/MS810X are in stock now. Let me know if you want to stock some before we increase the price at Nov.

Looking forward to your reply.

Young.

------------------ 原始邮件 ------------------

**发件人:** "我自己的邮箱"<871215526@qq.com>;

**发送时间:** 2019年9月18日(星期三) 凌晨5:00

**收件人:** "Mark Schwanauer"<mark@mlproducts.com>;"&#39;John Zhang&#39;"<johnzhang210@gmail.com>;"John.Zhang"<John.Zhang@goaster.com>;"&#39;young.xu&#39;"<young.xu@goaster.com>;

**主题:** 回复：RE: 回复：RE: 2019 Rebate

Thank you Mark! Here you have the signed copy.

Finally, we have the rebate program officially. The next step, me and John will help you to hit the $200K goal.

Will talk to you soon!

**PLT000007**

----------------- 原始邮件 -----------------

**发件人:** "Mark Schwanauer"<mark@mlproducts.com>;

**发送时间**: 2019年9月18日(星期三) 凌晨4:11

**收件人:** "Young"<871215526@qq.com>;"&#39;John?Zhang&#39;"<johnzhang210@gmail.com>;"'John.Zhang'"<John.Zhang@goaster.com>;"&#39;young.xu&#39;"<young.xu@goaster.com>;

**主题**: RE: 回复：RE: 2019 Rebate

**From:** Young [mailto:871215526@qq.com]
**Sent:** Tuesday, September 17, 2019 11:17 AM
**To:** Mark Schwanauer; 'John Zhang'; 'John.Zhang'; 'young.xu'
**Subject**：回复：RE: 2019 Rebate

Hi Mark,

I applied 1.5% rebate if the yearly purchase amount hits $180K. Hope this can works for both of us.

Young.

----------------- 原始邮件 -----------------

**发件人:** "Mark Schwanauer"<mark@mlproducts.com>;

**发送时间**: 2019年9月17日(星期二) 凌晨3:41

**收件人:** "Young"<871215526@qq.com>;"johnzhang210"<johnzhang210@gmail.com>;"'John.Zhang'"<John.Zhang@goaster.com>;

**主题**: RE: 2019 Rebate

Add 1.5% between $150-$200K and I will sign

**From:** Young [mailto:871215526@qq.com]
**Sent:** Tuesday, September 10, 2019 11:36 AM
**To:** Mark Schwanauer; 'customer.service3'; 'John Zhang'; john.zhang; 'young.xu'
**Subject:** RE: 2019 Rebate

Hi Mark,

We had talked with our financial dept. Since the $200K is not a hard goal to achive with the help of John and I. We'd like to offer 2% for over $200K. The current purchase amount is about $100K. We still have 4 months to achieve the goal. Which means $25K a month. I hope this works for us. Let me know your comments.

Thanks and best regards,

**Young**

**Sales**

www.aster-usa.com

Please follow us on social media:

Phone: 562-404-9315 Ext 530 Fax:562-404-9570

Email: Young.Xu@goaster.com

Customer.service3@goaster.com

New Location: 12000 Magnolia Ave Suite 101, Riverside, CA 92503

Website：www.aster-usa.com

PLT000008

NOTICE: This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and considered as confidential material. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message.

On Tue, Aug 27, 2019 at 1:28 PM Mark Schwanauer <mark@mlproducts.com> wrote:

> Hi John,
>
> I am currently on pace to purchase $192K. I would like to agree on 1.5% for under $200K and 2% for $200K+. Does that work?
>
> Also, I read about the new brother lawsuit and it worries me. Can you send me an indemnification agreement?
>
> Re: https://www.therecycler.com/posts/aster-responds-to-brother-complaint/
>
> *"Our customers are provided full indemnification and we will protect and defend the best interests of our company and customers."*
>
> Thanks,
>
> Mark
>
> ---
>
> **From:** John Zhang [mailto:johnzhang210@gmail.com]
> **Sent:** Tuesday, July 30, 2019 12:39 PM
> **To:** Mark Schwanauer
> **Cc:** lauren; customer.service3; abner.luo; John.Zhang; young.xu
> **Subject:** Re: New Lexmark order
>
> Hi Mark,
>
> I make a sales plan for your reference. It's not difficult for us to reach $200k or even $250k this year.
>
> I adjusted the price for many items which I think we can win more orders If we can make monthly purchase amount $30K possible, yearly sales will be $230k as we still have 5 monthly this year（$150+$80k in Jan.-Jul.）. Then we hit the tier one 1.5% rebate.
>
> We can also list other items I suggested in the second excel sheet. Or other items you are intersted in. I will give you best support on the price to make another $20k purchase possible. Then we hit second tier 2% rebate
>
> Hope you will be confident enough in my plan. Look forward to your comments.
>
> Sincerely,
>
> John
>
> On Tue, Jul 30, 2019 at 10:15 AM John Zhang <johnzhang210@gmail.com> wrote:
>
>> Hi Mark,
>>
>> As the prices we offer you are really low, I didn't get approval for 2% rebate if purchase over $100k. Also, currently your purchase was already about $80k.
>>
>> I suggest that we adjust the rebate as below. I will talk to our accounting about it again. Please let me know if that works.

Yearly Purchase>$200k    1.5% rebate

Yearly purchase> $250k    2% rebate.

It's easy for you for hit the line and it's easier for me to get it approved. I will show you the details in Skype.

Sincerely,

John

On Mon, Jul 29, 2019 at 5:36 PM Mark Schwanauer <mark@mlproducts.com> wrote:

**Hi John,**

Any updates on the rebate program?

Rebate program is no good. I am only on pace to purchase less than $200K this year. The first teir (1%) doesn't even kick in till $250K.

Lets just agree that as long as I purchase over $100K a year = 2% rebate.

-Mark

---

**From:** John Zhang [mailto:johnzhang210@gmail.com]
**Sent:** Monday, July 08, 2019 1:25 PM
**To:** Mark Schwanauer; lauren
**Cc:** customer.service3; abner.luo; John.Zhang; young.xu
**Subject:** Re: New Lexmark order

Hi Mark,

How was your weekend?

Glad to tell you that I got all credits approved last week. Can we check some details again here?

1. Our accounting disagreed on the amount of 10% restocking fee. They insisted that 10% restocking fee should be caculated on the basis of refund amount. So it's $1683.00.

2. Our accounting processed the RMA refund $16830 as credit memo. Can we use it for future orders instead of sending check to you?

3. The rebate program for 2019 is attached. Could you check and let me know your comments?

| 1. Rebate | | |
|---|---|---|
| Total purchase amount in 2019 | $312,565.77 | |
| Return 187 sets of HP 202X(Price $22.50) | -$16,830.00 | |
| The final total purchase amount | $295,735.77 | |
| 2% rebate | $5,914.72 | Credit memo#1382731A |
| Rebate already applied to invoice#1257944A | -$2,468.00 | |
| Remaining credit | $3,446.72 | |
| 2. Price compensation | | |
| Price compensation for HP 202X(113 sets) | -$1,672.40 | Alreay applied to PO#22898 |
| Price compensation for CF237A(300pcs) | $1,650.00 | |
| 10% restocking fee for 187sets of HP 202X | -$1,683.00 | |
| Remaining credit | -$33.00 | Mark need to pay $33.00 to Aster |
| 3. RMA refund | | |
| Refund for 187sets of HP 202X(Price $22.50) | $16,830.00 | Credit memo#1382462A |
| Reminding credit | $16,830.00 | |

Sincerely,

**PLT000010**

John

On Mon, Jun 24, 2019 at 3:21 PM Mark Schwanauer <mark@mlproducts.com> wrote:

> Hi,
>
> I need to order Lexmark. Do you have any stock or will you get any soon?
>
> Also,
>
> Still no final answer on any of the 3 issues below.

---

**From:** John Zhang [mailto:johnzhang210@gmail.com]
**Sent:** Monday, June 17, 2019 2:39 PM
**To:** Mark Schwanauer
**Cc:** customer.service3; abner.luo; John.Zhang; young.xu
**Subject:** Re: Fw: RE: New price for TN-433 and Lexmark

Hi Mark,

Thank you for reminding us the refund issue.

1. Price Protection + Rebate

We will process the credits step by step. Our accounting is checking the rebate amount now. And we will apply the credits to your future orders.

2. Refund for return of 202x

The returned HP 202X was supposed to be delivered. I will push our RMA team to process and mail check to you.

3. Rebate Program in 2019

We are trying to get it approved from Brandon now.

Sincerely,

John

---

**From:** Mark Schwanauer [mailto:mark@mlproducts.com]
**Sent:** Thursday, June 13, 2019 2:49 PM
**To:** 'Luo Abner'; 'Mark Shwanauer'; 'YOUNG.XU@GOASTER.COM'; 'John.Zhang'; 'Lauren Starbird'
**Subject:** RE: New price for TN-433 and Lexmark

Hi Abner,

There are 2 separate refund issues with you guys. There is the rebate/price protection and then there is the refund for the 202x. Here is the math on each:

## 1. Price Protection + Rebate

| | | |
|---|---|---|
| 18年总采购量 | $312,565.77 | Previous rebate total before 202x return |
| Return 187 sets HP202X (Price: $22.50) | ($16,830.00) | 202x return |
| **The final total purchase amount :** | **$295,735.77** | New total used to calculate 2% rebate |
| 2% rebate: | ($5,914.72) | 2% rebate |
| Price compensation for CF237A(300 pcs) | ($1,650.00) | Price Protection |
| Price compensation for HP 202X(113 sets) | ($1,672.40) | Price Protection |
| **Total amount of rebate +price protection** | ($9,237.12) | This is the total owed for rebate + price protection |
| Rebate/price protection already applied (Aster Invoice 1257944A) | $2,468.00 | |
| **Remaining Rebate/price protection still unused** | **($6,769.12)** | If we split this to the next 4 orders it would be $1,692.28 credit on the next 4 orders |

## 2. Refund for return of 202x

| | | |
|---|---|---|
| Need return 16830 to Mark for 187 sets HP 202X | ($16,830.00) | |
| 10% Restocking fee for 187 sets HP 202X | $1,40624 | |
| **Total amount of refund** | **($15,423.76)** | |

I would like to get a check for $15,423.76 for the 202X return ASAP, then we can also start to apply a $1,692.28 credit to the next 4 orders (for a total of $6,769.12).

Please let me know if you agree.

Thanks,

Mark

--

**John Zhang**

Aster Graphics, Inc.

562 404 9315 EXT 112

Skype:johnzhang210

Tel & What's App: +8617688147793

--

**John Zhang**

Aster Graphics, Inc.

562 404 9315 EXT 112

Skype:johnzhang210

Tel & What's App: +8617688147793

--

**John Zhang**

Aster Graphics, Inc.

562 404 9315 EXT 112

Skype:johnzhang210

Tel & What's App: +8617688147793

--

**John Zhang**

Aster Graphics, Inc.

562 404 9315 EXT 112

Skype:johnzhang210

Tel & What's App: +8617688147793

--

**John Zhang**

Aster Graphics, Inc.

562 404 9315 EXT 112

Skype:johnzhang210

Tel & What's App: +8617688147793

PLT000013

| | |
|---|---|
| **From:** | Lauren Starbird |
| **To:** | "Mark Schwanauer" |
| **Subject:** | FW: Aster Graphics Invoices (05/31/2019) - Part 1 |
| **Date:** | Monday, October 18, 2021 11:13:24 AM |

**Lauren Starbird**
*Office Manager*
ML Products, Inc.
866-313-5719x707 (toll free)
805-499-9220x707 (t)
805-499-9230 (f)

lauren@mlproducts.com



**From:** Lauren Starbird <lauren@mlproducts.com>
**Sent:** Tuesday, June 04, 2019 1:49 PM
**To:** 'John Zhang' <johnzhang210@gmail.com>
**Subject:** RE: Aster Graphics Invoices (05/31/2019) - Part 1

Didn't get any from yesterday?

**Lauren Starbird**
*Office Manager*
ML Products, Inc.
866-313-5719x707 (toll free)
805-499-9220x707 (t)
805-499-9230 (f)

lauren@mlproducts.com



**From:** John Zhang <johnzhang210@gmail.com>
**Sent:** Tuesday, June 04, 2019 1:46 PM
**To:** lauren <lauren@mlproducts.com>
**Cc:** customer.service3 <customer.service3@goaster.com>; John.Zhang <john.zhang@goaster.com>; young.xu <young.xu@goaster.com>
**Subject:** Re: Aster Graphics Invoices (05/31/2019) - Part 1

Hi Lauren,

Just want to know if you can receive invoices from me everyday or not. I changed the setting of my email. Please let me know.

Thank you.

John

> On Fri, May 31, 2019 at 10:02 PM <invoice@goaster.com> wrote:
>
> Dear Valued Customer,
>
> Thanks for your business with Aster Graphics Inc. Your invoice(s) has/have been issued as attached.
> Please note, this is a system generated email, please **DO NOT REPLY** directly as the email will not be read.
> Below is the summary for your reference:
>
> | PO No. | Order No. | Amount | Shipped Date | Carrier | Tracking No. |
> |---|---|---|---|---|---|
> | 22634 | 1368252 | 29.6 | 05/31/2019 | | 787526463813 |
> | 22629 | 1368016 | 73.5 | 05/31/2019 | | 787515743683 |
> | 22628 | 1367998 | 24.5 | 05/31/2019 | | 787515154240 |
>
> Please feel free to let us know if you have any questions. Thanks again for your business.
>
> Thanks and best regards,
>
> **Aster Graphics Inc.**
> Tel: 562-404-9315
> Fax: 562-404-9570
> 12000 Magnolia Ave. Suite 101,
> Riverside, CA 92503
>
>
> Please add invoice@goaster.com to your address book to ensure our emails reach your inbox
>
> To unsubscribe from Aster email list, click HERE to unsubscribe.
>
> NOTICE: This e-mail and any attachments thereto, are intended only for use by the addressee(s) named herein, and considered as confidential material. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message.

--

PLT000015

**John Zhang**
Aster Graphics, Inc.
562 404 9315 EXT 112
Skype:johnzhang210
Tel & What's App: +8617688147793

PLT000016