Case 5:23-cv-02094-MEMF-DTB   Document 62-10   Filed 07/10/25   Page 1 of 14   Page ID #:879

# EXHIBIT 8

```
 1                 UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4   ML PRODUCTS INC.,                  )
                                        )
 5             Plaintiff,               )
                                        )
 6        vs.                           ) Case No.
                                        ) 5:23-CV-02094-MEMF-DTB
 7   ASTER GRAPHICS, INC.,              )
                                        )
 8             Defendants.              )
     _____)
 9
10
11
12
13         VIDEOTAPED DEPOSITION OF CLAIRE HUANG
14               THURSDAY, MAY 29, 2025
15                  APPEARING REMOTELY
16
17
18
19
20
21
22
23   Reported by Elana Zucconi, CSR No. 9651, RPR, CRR
24                 Job No. J12951281
25
```

Page 10

1  Q    The court reporter is recording everything we
2  say, so please provide verbal responses to all
3  questions.
4  A    Okay.  Got it.
5  Q    If you don't understand a question, please let
6  me know and I'll do my best to rephrase the question for
7  you.
8  A    Okay.
9  Q    If you need a break at any time during the
10 deposition, just let us know and we can take a break.
11 A    Okay.
12       MR. CHEN:  Excuse us.  It looks like we have a
13 tech issue.  The screen went dark for a second, just for
14 to the record.  Keep going.  If there are additional
15 issues, we will probably switch to another device.
16 Okay.
17 BY MS. SAVRAN:
18 Q    Please wait until I finish my question before
19 answering so the court reporter is able to get a clean
20 record and not have people talking over each other.
21 A    Okay.
22 Q    Your attorney may object to questions today.
23 But unless your attorney instructs you not to answer,
24 please answer each question.
25 A    That's fine.

Page 11

1  Q    Are you taking any medications today that may
2  impact your ability to give your best testimony?
3  A    No.
4  Q    Okay.  Can you please state your full name and
5  your current address for the record?
6  A    So my name is Claire Huang.  I am now at 550
7  South Hope Street, Los Angeles.  I forgot the ZIP code.
8  Q    What is your current occupation?
9  A    Executive assistant.
10 Q    Did you attend university?
11 A    Yes.
12 Q    What did you receive your degree in?
13 A    Statistics and accounting.
14 ==Q    You mentioned you are an executive assistant.==
15 ==An executive assistant to who?==
16 ==A    President Leon.==
17 ==Q    Is that in the accounting department?==
18 ==A    No.  This person is the president of Aster==
19 ==Graphics, Inc.==
20 ==Q    How long have you held that position?==
21 ==A    Two to three years.==
22 ==Q    What position did you hold prior to that?==
23 ==A    Accountant.==
24 Q    Approximately what years did you work as an
25 accountant for Aster Graphics, Inc.?

Page 12

1  A    I started in 2016.  Actually, I'm still doing
2  accounting work right now.
3  Q    You work both as an executive assistant and an
4  accountant at Aster right now?
5  A    Yes.
6  Q    What are your duties as an executive assistant?
7  A    When President Leon assigns me tasks to
8  complete, then I will have to complete those tasks.
9  Q    What are your responsibilities as an
10 accountant?
11 A    So I will be doing the payroll, financial
12 statements, expenditures.  Things that I will come
13 across I will pretty much do them.
14 Q    You mentioned tasks from President Leon.  What
15 kind of tasks is he assigning?
16 A    Quite a few.
17 Q    Can you describe a few of your daily tasks?
18 A    Well, there's quite a few.  I don't even know
19 where to start.  They are -- well, like HR.
20 Q    Do you know how many current employees Aster
21 Graphics -- Aster Graphics, Inc. has?
22 A    Yes.
23 Q    How many employees are there at present,
24 approximately?
25 A    Eighteen to 19.

Page 13

1  Q    Can you name any of those employees?
2  A    Well, not all of them, but some of them I
3  remember.
4  Q    Can you please name the ones that you remember?
5  A    The thing is I know them by their first name,
6  it is usually their English name, but I may not know
7  their last name.  Is that okay?
8  Q    Yes, that's fine.
9  A    So there's one named Jessica.
10 Q    What is Jessica's role at Aster Graphics, Inc.?
11 A    She is in the warehouse operations.
12 Q    Any other employees that you remember?
13 A    Phillip.
14 Q    And what is Phillip's role at Aster Graphics,
15 Inc.?
16 A    Also warehouse employee.
17 Q    Any other employees you remember?
18 A    David.
19 Q    And what is David's role at Aster Graphics,
20 Inc.?
21 A    Warehouse manager.
22 Q    Any other employees you remember?
23 A    Maria.
24 Q    And what is Maria's role at Aster Graphics,
25 Inc.?

Page 14

| | | |
|---|---|---|
| 1 | A | Warehouse employee. |
| 2 | Q | Any other employees you remember? |
| 3 | A | Lorraine. |
| 4 | Q | And what is Lorraine's role at the company? |
| 5 | A | Warehouse operations. |
| 6 | Q | Any other employees that you recall? |
| 7 | A | Mirella. |
| 8 | | (In English) If I pronounce it right or maybe -- yeah, the name, I kind of cannot pronounce it. |
| 10 | | (Through the interpreter) Or I may not be pronouncing it accurately, but for how far I remember, Mirella. |
| 13 | Q | And what is Mirella's role at the company? |
| 14 | A | Also warehouse management. |
| 15 | Q | Any other employees you recall? |
| 16 | A | Ryan. |
| 17 | Q | And what is Ryan's role at the company? |
| 18 | A | Warehouse employee. |
| 19 | Q | Any other employees you remember? |
| 20 | A | Matthew. |
| 21 | Q | And what is Matthew's role at the company? |
| 22 | A | Also warehouse employee. |
| 23 | Q | Any other employees that you recall? |
| 24 | A | Well, there are some employees whose names I really cannot pronounce. |

Page 15

1  Q   Does Aster Graphics have a sales department?
2  A   Oh, yes.
3  Q   Do you know any of the people that work in the
4  sales department?
5  A   Yeah.
6  Q   Can you please name the ones you know?
7  A   Well, her English name is Mia.
8  Q   Any others?
9  A   So another name is Son Young (phonetic).
10 Q   Any other individuals in the sales department
11 you remember?
12 A   No, no one else.
13 Q   How many departments does Aster Graphics, Inc.
14 have?
15 A   I would say two to three departments.
16 Q   Can you please identify each department?
17 A   So the ones in the office is operations and
18 sales. And warehouse, I guess that's also a department,
19 so there's four then, four departments.
20 Q   What is -- what do the sales department people
21 do on a daily basis? What are their tasks?
22 A   I don't know.
23 Q   Do you know who is in charge of each department
24 you listed?
25 A   For some departments, yes. For other

Page 16

1  departments, Leon will be -- Mr. Yin will be the one
2  that oversees that department.
3  Q   Which departments have someone else overseeing
4  it besides Leon?
5  A   Well, for the office department it's just
6  Mr. Yin is doing it.
7  Q   For the sales department is there someone else
8  besides Leon overseeing it?
9  A   I don't know for the sales.
10 Q   Do you know if someone else besides Leon
11 oversees the warehousing department?
12 A   David is one of the ones.
13 Q   Is there anyone else besides David and Leon
14 overseeing the sales department -- or excuse me -- the
15 warehousing department?
16 A   Mirella. That was one of the names I gave you
17 earlier.
18 Q   Anyone else besides Mirella and David and Leon
19 overseeing the warehousing department or is that
20 everyone?
21 A   That's -- as far as I know that's it.
22 Q   How many physical address locations does Aster
23 Graphics, Inc. have?
24 A   Two.
25 Q   What are the addresses for the two locations?

Page 17

1  A   One's in California. The other is in
2  Pennsylvania.
3  Q   Is the California address at 12000 Magnolia
4  Avenue?
5  A   Yes.
6  Q   Do you directly oversee any employees at Aster?
7      MR. CHEN: Objection; vague.
8      MS. SAVRAN: I can rephrase.
9  BY MS. SAVRAN:
10 Q   Are there any employees at Aster that report to
11 you?
12 A   No.
13 Q   Are there account managers -- account managers
14 that are assigned to manage customer accounts at Aster?
15 A   I don't know about that.
16 Q   Do you know if Aster Graphics sells ink and
17 toner cartridges?
18     MR. CHEN: Mr. Interpreter, I believe the
19 question was, do you know if Aster Graphics sell toner.
20     THE INTERPRETER: Okay.
21     THE WITNESS: Yes, I know.
22 BY MS. SAVRAN:
23 Q   Do you know what brands of ink and toner Aster
24 Graphics sells?
25 A   Don't know.

Page 38

1  Q  Is that the same SunDoc Filings that was on the
2  statement of information for Aster from 2021?
3  A  I don't know.
4  Q  Why did you register Eco Imaging on
5  November 28th, 2017?
6  A  Leon wanted me to register the company.
7  Q  Did he tell you why he wanted you to register
8  it?
9  A  I don't remember.
10 Q  What kind of business is Eco Imaging?  What do
11 they do?
12    MR. CHEN:  Objection; asked and answered.
13 BY MS. SAVRAN:
14 Q  The witness can answer.
15 A  I don't know.
16 Q  Do you know any employees that work for Eco
17 Imaging?
18 A  I don't know.
19 Q  Do you see the individual listed on here, Fen
20 Yang?
21 A  Yes.
22 Q  Who is Fen Yang?
23 A  I don't know.
24 Q  So you registered this company, but you don't
25 know what they do?

Page 39

1     MR. CHEN:  Objection -- just give me a --
2     THE WITNESS:  (In English) Oh.
3     MR. CHEN:  Objection; asked and answered.
4  Objection -- that's it.
5  BY MS. SAVRAN:
6  Q  The witness can answer.
7  A  (Through the interpreter) Don't know.
8  Q  Does Fen Yang work for Aster Graphics, Inc.?
9  A  No.
10    MS. SAVRAN:  I am going to pull up this next
11 document, which I am going to mark as Exhibit 7.
12    (Exhibit 7 marked)
13 BY MS. SAVRAN:
14 Q  I am going to give the witness a minute to
15 review and just let me know when you're ready.
16 A  Okay.
17 Q  Ms. Huang, do you recognize this document?
18 A  No, I don't.
19 Q  Well, I can represent that this is the
20 trademark for the brand Cool Toner.
21    MS. SAVRAN:  Can we please scroll down in the
22 document.
23 BY MS. SAVRAN:
24 Q  Do you see under owner name it says Eco Imaging
25 Inc.?

Page 40

1  A  Yes, I see it.
2  Q  When -- when did Eco Imaging register the brand
3  Cool Toner?
4     MR. CHEN:  Oh, objection.
5  BY MS. SAVRAN:
6  Q  Okay.  Well, the witness can answer.
7  A  I don't know.
8  Q  If you scroll to goods and services, scroll
9  down, do you see where it says, Filled toner cartridges?
10 A  Yes, I see it.
11 Q  Does Eco Imaging -- strike that question.
12    Do you see the address listed -- oh, let's
13 scroll up.
14    Do you see -- sorry.  Do you see the address
15 listed as the 14252 Culver Drive address for Cool Toner?
16 A  Yes, I see it.
17 Q  Is that the same address that is used -- that
18 was registered for Eco Imaging on November 28th, 2017?
19 A  I don't know, actually.  I need to look at the
20 document to be able to tell you.
21 Q  Can we briefly go back to Exhibit 6 that we
22 just saw.  Ms. Huang, you see this is the exhibit for
23 Eco Imaging registration on November 28th, 2017, right?
24 A  Yes, I see it.
25 Q  And you see that the address is the 14252

Page 41

1  Culver address?
2  A  Yes, I see it.
3  Q  Let's go back to Exhibit 7.  Ms. Huang --
4     MR. CHEN:  Go back to the Zoom screen,
5  Ms. Huang.
6     MS. SAVRAN:  Sure.
7  BY MS. SAVRAN:
8  Q  Ms. Huang, do you see the 14252 Culver address
9  for Cool Toner?
10 A  Yes, I see it.
11 Q  So Eco Imaging and Cool Toner have the same
12 address, right?
13    MR. CHEN:  Objection; form.
14 BY MS. SAVRAN:
15 Q  The witness can answer.
16 A  The address appears to be the same.
17 Q  Ms. Huang, do you know if -- strike that
18 question.
19    MS. SAVRAN:  I am going to bring up the next
20 document, which I am going to mark as Exhibit 8.
21    (Exhibit 8 marked)
22 BY MS. SAVRAN:
23 Q  I will give the witness a moment to review the
24 document.  Just let me know when you're ready.
25    MS. SAVRAN:  Can we scroll so the witness can

Page 42
1  see the document.
2         THE WITNESS: Okay.
3  BY MS. SAVRAN:
4     Q   Ms. Huang, have you ever seen this document
5  before?
6     A   No.
7     Q   Okay. Well, I can represent that this is a
8  publicly available document. It is the Cool Toner
9  trademark for 2020. We can scroll to the top.
10        Do you see that?
11    A   Yes, I see it.
12    Q   Did Eco Imaging own Cool Toner in 2020?
13        MR. CHEN: Objection.
14 BY MS. SAVRAN:
15    Q   The witness may answer.
16    A   I don't know.
17    Q   Do you see on owner of mark where it says Eco
18 Imaging Inc.?
19    A   Yes, I see it.
20    Q   Is this the same Eco Imaging that owned Cool
21 Toner in 2017?
22        MR. CHEN: Objection; mischaracterizes the
23 witness' prior testimony.
24 BY MS. SAVRAN:
25    Q   The witness can answer.

Page 43
1     A   I don't know.
2     Q   Ms. Huang, do you see the mailing address as
3  the 14252 Culver Drive address listed?
4     A   Yes, I see it.
5     Q   And is that the same address that was listed on
6  the Cool Toner trademark from 2017?
7     A   It appears to be the same.
8     Q   And you said earlier that President Leon
9  instructed you to register Eco Imaging, right?
10        MR. CHEN: Objection; vague.
11 BY MS. SAVRAN:
12    Q   The witness can answer.
13    A   Can you repeat the question?
14    Q   Sure. President Leon of Aster Graphics, Inc.
15 told you to register Eco Imaging Inc., right?
16        MR. CHEN: Objection; vague as to word
17 "register."
18 BY MS. SAVRAN:
19    Q   The witness can answer.
20    A   So all we did was just file the statement of
21 information. I don't think that's the same thing as
22 registering, is it?
23    Q   You said that President Leon of Aster Graphics,
24 Inc. told you to register the statement of information
25 for Eco Imaging Inc., right?

Page 44
1     A   Yes.
2         MS. SAVRAN: Can we scroll through the
3  document, please, really.
4  BY MS. SAVRAN:
5     Q   And do you see under identification, where it
6  says, Filled toner cartridges?
7     A   Yes, I see it.
8     Q   Was cool image -- I'm sorry. Strike that.
9         Was Cool Toner -- was the Cool Toner brand sold
10 on Amazon?
11    A   I don't know.
12        MS. SAVRAN: I am going to bring up this next
13 document, which I am going to mark as Exhibit 9.
14        (Exhibit 9 marked)
15 BY MS. SAVRAN:
16    Q   I will give the witness a moment to review and
17 please just let me know when you're ready.
18    A   Okay. Okay. I'm done.
19    Q   Ms. Huang, do you recognize this document?
20    A   Yes.
21    Q   Do you remember registering Revol Trading with
22 the California Secretary of State on November 28th,
23 2017?
24        MR. CHEN: Objection; form.
25

Page 45
1  BY MS. SAVRAN:
2     Q   The witness can answer.
3     A   Yes. Seeing this document here today, yes, I
4  do remember.
5         MS. SAVRAN: Can you scroll down, please, in
6  the document.
7  BY MS. SAVRAN:
8     Q   It says at the bottom, Claire Huang,
9  accountant.
10        So that's you, right?
11    A   Yes.
12    Q   Who at Aster Graphics, Inc. told you to
13 register Revol Trading?
14    A   Leon.
15    Q   And Leon told you to register Revol Trading the
16 same day that you registered Eco Imaging?
17        MR. CHEN: Objection; form.
18 BY MS. SAVRAN:
19    Q   The witness can answer.
20    A   Yes.
21    Q   Is Revol Trading operated by Aster Graphics,
22 Inc.?
23    A   I don't know.
24    Q   What is Aster Graphics, Inc.'s relationship to
25 Revol Trading?

Page 46

1  A  I don't know.
2  Q  Do you see under agent for service of process
3  SunDoc Filings?
4  A  Yes, I see it.
5  Q  Is that the same SunDoc Filings that was on the
6  statement of information for Aster Graphics, Inc. in
7  2021?
8  A  The name is the same.
9  Q  Do you know any employees that work for Revol
10 Trading?
11 A  I don't know.
12 Q  Who is the individual listed as chief executive
13 officer, Jiyuan Cao?
14 A  I don't know.
15 Q  Do you see under type of business where it says
16 wholesales printer parts?
17 A  Yes, I see it.
18 Q  Is Revol Trading selling ink and toner
19 cartridges?
20 A  I don't know.
21 Q  Do you know anything about Revol Trading's
22 business operations?
23 A  No.
24    MS. SAVRAN:  I am going to pull up this next
25 document that I am going to mark as Exhibit 10.

Page 47

1     (Exhibit 10 marked)
2  BY MS. SAVRAN:
3  Q  I am going to give the witness a moment to
4  review and just let me know when you're ready.
5  A  Okay.  Okay.  I'm done.
6  Q  Ms. Huang, do you see where it says, Owner of
7  mark Revol Trading Inc.?
8  A  Yes, I see it.
9  Q  Is that the same Revol Trading Inc. that you
10 registered with the Secretary of State on November 28th,
11 2017?
12    MR. CHEN:  Objection.
13 BY MS. SAVRAN:
14 Q  The witness can answer.
15 A  I don't know.
16 Q  Ms. Huang, do you see where the street address
17 says 23785 El Toro Road?
18 A  Yes, I see the address now.
19 Q  Is that the same address on the Revol Trading
20 registration with the Secretary of State?
21 A  I need to compare, actually, and see.
22 Q  Sure.
23    MS. SAVRAN:  Can we please for a moment go back
24 to Exhibit 9?
25

Page 48

1  BY MS. SAVRAN:
2  Q  Ms. Huang, do you see on the registration that
3  you registered for Revol Trading the address listed is
4  23785 El Toro Road?
5  A  Yes, I see it.
6     MS. SAVRAN:  Can we please go back to
7  Exhibit 10?
8  BY MS. SAVRAN:
9  Q  Ms. Huang, is that the same 23785 El Toro Road
10 that is listed on the True Image trademark?
11 A  Yes, it looks like the address -- the addresses
12 are the same.
13 Q  Why did Revol register the trademark for True
14 Image?
15    MR. CHEN:  Objection; form.
16 BY MS. SAVRAN:
17 Q  The witness can answer.
18 A  I don't know.
19 Q  Ms. Huang, do you see under the
20 identification --
21    MS. SAVRAN:  Sorry.  We need to scroll.
22 BY MS. SAVRAN:
23 Q  Do you see under identification where it says,
24 Filled toner cartridges?
25 A  Yes, I see it.

Page 49

1  Q  Was Revol -- was Revol Trading selling the True
2  Image brand of ink and toner on Amazon?
3  A  I don't know.
4     MS. SAVRAN:  Let's scroll in the document.
5  BY MS. SAVRAN:
6  Q  Ms. Huang, under signature information, do you
7  see Gu Wei Dong listed?
8  A  Yes, I see that.
9  Q  Is Gu Wei Dong the current president for Revol
10 Trading?
11 A  I don't know.
12 Q  I'm sorry.  I misspoke.  Is Gu Wei Dong the
13 current president for True Image?
14 A  I don't know.
15 Q  Does Gu Wei Dong hold any position at Aster
16 Graphics, Inc.?
17 A  No.
18    MS. SAVRAN:  I am going to pull up this next
19 document, which I am going to mark as Exhibit 11.
20    (Exhibit 11 marked)
21 BY MS. SAVRAN:
22 Q  I am going to give the witness a moment to
23 review this document and just let me know when you're
24 ready.
25 A  Okay.  Okay.  I'm done.

```
                                                    Page 50
1    Q    Ms. Huang, do you recognize this document?
2    A    Yes.
3    Q    This is the registration with the Secretary of
4  State for Intercon International from November 28th,
5  2017.
6         MS. SAVRAN: Let's scroll to the bottom.
7  BY MS. SAVRAN:
8    Q    Where it says Claire Huang, accountant, is that
9  you?
10        MR. CHEN: Mr. Interpreter, you may have to be
11 a little louder --
12        THE INTERPRETER: Oh, okay.
13        MR. CHEN: -- (indiscernible crosstalk.)
14        THE INTERPRETER: Sorry. Sorry.
15        MR. CHEN: There's a really loud (inaudible) on
16 here, so --
17        THE INTERPRETER: Okay.
18        MR. CHEN: Again, I apologize.
19        THE INTERPRETER: That's okay. Sorry.
20        MR. CHEN: We'll see how it goes.
21        THE INTERPRETER: Let me -- let me try to start
22 over.
23        Counsel, can I have the full name of the
24 company again? Intercon what?
25        MS. SAVRAN: Oh, sure. I can repeat the
```

```
                                                    Page 51
1  question.
2         THE INTERPRETER: Yes, please.
3  BY MS. SAVRAN:
4    Q    Ms. Huang, at the bottom it states, Claire
5  Huang, accountant.
6         Is that you?
7    A    Yes, it is.
8    Q    Ms. Huang, who told you to register Intercon
9  International with the Secretary of State on
10 November 28th, 2017?
11   A    It was Leon.
12   Q    And just to be clear, that is President Leon
13 from Aster Graphics, Inc.?
14   A    Yes.
15   Q    And, Ms. Huang, do you see under agent for
16 service of process SunDoc Filings?
17   A    Yes, I see it.
18   Q    Ms. Huang, is this the same SunDoc Filings as
19 is listed on the Aster Graphics statement of information
20 from 2021?
21   A    Yes, the names are the same.
22   Q    Ms. Huang, does Aster Graphics, Inc. own
23 Intercon International?
24   A    I don't know.
25   Q    Ms. Huang, do you see the address listed as 544
```

```
                                                    Page 52
1  South Melrose Street?
2    A    Yes, I see it.
3    Q    And you stated earlier that Aster Graphics,
4  Inc. has an address -- one of its addresses in
5  California as 540 South Melrose Street?
6    A    Yes.
7    Q    Is the Aster Graphics 540 Melrose Street
8  address in the same building as the Intercon
9  International?
10   A    I don't know.
11   Q    Ms. Huang, what is the relationship of Aster
12 Graphics, Inc. to Intercon International?
13   A    I don't know.
14   Q    Ms. Huang, do you see under type of business
15 where it says, Wholesale printer parts?
16   A    Yes, I see it.
17   Q    Do you know if Intercon is selling ink and
18 toner on Amazon?
19   A    I don't know.
20   Q    Ms. Huang, do you know any employees that work
21 for Intercon?
22   A    I don't know.
23   Q    Ms. Huang, do you see where it says the name --
24 under chief executive officer, secretary and chief
25 financial officer, do you see the name -- that name
```

```
                                                    Page 53
1  listed?
2    A    Yes, I see it.
3    Q    Does that person still hold those titles at
4  Intercon?
5    A    I don't know.
6    Q    Do you -- does this individual listed hold a
7  position at Aster Graphics, Inc.?
8    A    No.
9         MS. SAVRAN: I am going to pull up this next
10 document, which I am going to mark as Exhibit 12.
11        (Exhibit 12 marked)
12 BY MS. SAVRAN:
13   Q    I am going to give the witness a minute to look
14 at the document and then let me know when you're ready.
15   A    Okay. Okay. I'm done.
16   Q    Ms. Huang, have you seen this document before?
17   A    No.
18   Q    I can represent that this is the trademark
19 registration for the brand Arcon. Ms. Huang, do you see
20 under owner of mark it says, Intercon International?
21   A    Yes, I see it.
22   Q    And, Ms. Huang, do you see under identification
23 where it says, Filled toner cartridges?
24   A    Yes, I see it.
25   Q    Was Intercon selling the Arcon brand of ink and
```

Page 54

```
 1  toner on Amazon?
 2     A    I don't know.
 3     Q    Ms. Huang, do you see under signature
 4  information the name listed?
 5     A    Yes.
 6     Q    Is that person still the president of Arcon?
 7     A    I don't know.
 8     Q    Does that individual hold a position at Aster
 9  Graphics, Inc.?
10     A    I don't know.
11     Q    You can scroll up in the document.
12          MS. SAVRAN:  I am going to pull up the next
13  document, which I am going to mark as Exhibit 13.
14          (Exhibit 13 marked)
15  BY MS. SAVRAN:
16     Q    I will give the witness a moment to review if
17  document and then just let me know when you're ready.
18     A    Okay.  Okay.  I'm done.
19     Q    Ms. Huang, do you recognize this document?
20     A    Yes.
21     Q    This document was sent from SunDoc Filings to
22  your Aster email, right?
23     A    Yes.
24     Q    And what -- what is this document for?
25     A    I need to look at it, actually.
```

Page 55

```
 1     Q    Sure.  Take your time.
 2     A    So this looks like an email, email showing
 3  Aster using SunDoc as its registered agent.
 4     Q    Was this a renewal reminder for Eco Imaging?
 5     A    Okay.  Let me take a look.  Oh, okay.  It says
 6  Eco Imaging here.
 7     Q    So did you receive a renewal reminder for Eco
 8  Imaging at your Aster email?
 9     A    Yes.
10     Q    Does Aster Graphics renew its registered agent
11  for Eco Imaging every year?
12     A    Well, if I had received this, this was what
13  Leon would have me do at that time.
14     Q    Would President Leon of Aster Graphics, Inc.
15  regularly have you renew the Eco Imaging registered
16  agent?
17     A    Yes.
18     Q    And each time you renewed the agent for Eco
19  Imaging, did you renew it at your Aster email?
20          MR. CHEN:  Objection; form.
21  BY MS. SAVRAN:
22     Q    The witness can answer.
23     A    Yes.
24     Q    And, Ms. Huang, you see the 12000 Magnolia
25  Avenue address?
```

Page 56

```
 1     A    Yes, I see it.
 2     Q    And that's the same address on the Secretary of
 3  State filing for Aster Graphics, Inc., right?
 4     A    Yes.
 5     Q    Do you serve as accountant for both Eco Imaging
 6  and Aster Graphics, Inc.?
 7     A    No.
 8     Q    Do Aster Graphics, Inc. and Eco Imaging have
 9  any of the same employees?
10     A    No.
11     Q    Besides the U.S.A. accounting email address,
12  did you use any other email addresses to receive
13  correspondence for Eco Imaging?
14          THE INTERPRETER:  Sorry.  Can the interpreter
15  have the question again, please?
16          MS. SAVRAN:  Sure.
17  BY MS. SAVRAN:
18     Q    Besides the USA_accounting@goaster email, did
19  you use any other emails to get correspondence for Eco
20  Imaging?
21          THE INTERPRETER:  Oh.
22          MR. CHEN:  Objection; form.
23  BY MS. SAVRAN:
24     Q    The witness can answer.
25     A    I don't remember.
```

Page 57

```
 1     Q    And is the SunDoc Filings the same SunDoc
 2  Filings on the Aster statement of information?
 3     A    Yes.
 4          MS. SAVRAN:  I am going to pull up this next
 5  document, which I am going to mark as Exhibit 14.
 6          (Exhibit 14 marked)
 7          MR. CHEN:  Counsel, again, I think we are
 8  hitting that one-hour mark again.  I don't know what the
 9  lunch plan is, but if you are wrapping up, then we can,
10  you know, probably go for another 10 or 15 minutes, but
11  if you are not wrapping up, I would suggest we take a
12  lunch break at some point.
13          MS. SAVRAN:  Sure.  I don't -- I am not
14  wrapping up.  Probably -- I mean, if I had to estimate,
15  I would say maybe one more hour, so if you want, we can
16  do this next document, this next exhibit and then
17  perhaps take a 20- or 25-minute lunch break.  Would that
18  work?
19          MR. CHEN:  Oh, I think 25 minutes lunch break,
20  that's a little bit too short.
21          MS. SAVRAN:  Oh.  How -- how about 30 minutes,
22  45 minutes, whatever you need.
23          MR. CHEN:  (Indiscernible crosstalk) that makes
24  sense.  And then -- and I obviously can email you if I
25  am running behind, but I think 45 minutes' lunch break
```

```
                                                         Page 58
 1  probably makes sense.
 2          MS. SAVRAN:  Sure.  Okay.  Well, why don't I do
 3  this next exhibit and then we can take a 45-minute lunch
 4  break and then come back after that.
 5          MR. CHEN:  Okay.  That should work.
 6  BY MS. SAVRAN:
 7      Q   Okay.  I am going to give the witness a moment
 8  to look at this document and then just let me know when
 9  you're ready.
10      A   Okay.  Okay.  I'm done.
11      Q   Ms. Huang, do you recognize this document?
12      A   Yes.
13      Q   And what -- what is this document for?
14      A   This is, like, a notice for registering agent
15  service.
16      Q   Registering agent of service for which entity?
17      A   Intercon International.
18      Q   And you received this renewal reminder to your
19  Aster email?
20      A   Yes.
21      Q   Does Aster renew the agent for service of
22  process for Intercon every year?
23      A   Well, I will be the one who will be doing the
24  renewal, not Aster.
25      Q   And do you do it every year for Intercon?
```

```
                                                         Page 59
 1      A   Yes.
 2      Q   And do you always do it from your
 3  usaaccounting@goaster email?
 4      A   Yes.
 5      Q   And, Ms. Huang, do you see that this email is
 6  from SunDoc Filings?
 7      A   Yes, I see it.
 8      Q   And, Ms. Huang, who tells you to do the
 9  registration for Intercon International?
10      A   Leon.
11      Q   And just to be clear, is that President Leon
12  from Aster Graphics Inc.?
13      A   Yes.
14      Q   And, Ms. Huang, you see the 12000 Magnolia
15  Avenue address, right?
16      A   Yes.
17      Q   And that's the same 12000 Magnolia Avenue on
18  the Aster Graphics Secretary of State filing, right?
19      A   Yes.
20      Q   Ms. Huang, are there any employees that work
21  for Intercon that also work for Aster Graphics, Inc.?
22      A   No.
23      Q   Ms. Huang, do you use any other emails besides
24  the usaaccounting to renew the agent of process for
25  Intercon?
```

```
                                                         Page 60
 1          MR. CHEN:  Objection -- go ahead.
 2          Objection; form.
 3  BY MS. SAVRAN:
 4      Q   The witness can answer.
 5      A   I'm not sure.
 6      Q   Okay.
 7          MS. SAVRAN:  Well, why don't we take that
 8  45-minute lunch break now then and then I am hoping that
 9  after the break I maybe have another hour, maybe hour 15
10  at the most and then we can wrap up, if that works for
11  everyone.
12          THE INTERPRETER:  Sure.  That works, yes.
13          MS. SAVRAN:  Great.  Thank you.
14          VIDEO OPERATOR:  All right.  We are now going
15  off the record.  The time is 12:38 p.m.
16          (Luncheon recess taken)
17          VIDEO OPERATOR:  We are back on the video
18  record.  The time is 1:34 p.m.
19          MS. SAVRAN:  Okay.  Well, before our lunch
20  break, we left off looking at a document, but I am going
21  to now pull up a document that I am going to mark as
22  Exhibit 15.
23          (Exhibit 15 marked)
24  BY MS. SAVRAN:
25      Q   I am going to give the witness a moment to look
```

```
                                                         Page 61
 1  at the document and then just let me know when you're
 2  ready.
 3      A   Okay.
 4      Q   Ms. Huang, do you recognize this document?
 5      A   (In English) Yes.
 6      Q   Ms. Huang, can you please explain what this
 7  document is for?
 8      A   (Through the interpreter) So it's a notice for
 9  registered agent service.
10      Q   The reminder for registered agent service for
11  which entity?
12      A   For Revol Trading Inc.
13      Q   And you were receiving a notice for renewal for
14  Revol Trading to -- to your Aster email?
15      A   Yes, I did receive this notice.
16      Q   Who at Aster Graphics, Inc. asked you to
17  register Revol Trading?
18      A   Leon.
19      Q   And just to be clear, that's President Leon?
20      A   Yes.
21      Q   And, Ms. Huang, do you see that this email is
22  from SunDoc Filings?
23      A   Yes.
24      Q   And that's the same SunDoc Filings that was the
25  registered agent for Aster Graphics, Inc., correct?
```

Page 62

1  A  Yes.
2  Q  And, Ms. Huang, you see the 12000 Magnolia
3  Avenue address here?
4  A  Yes.
5  Q  And that's the same address as listed on the
6  Secretary of State filing for Aster Graphics, Inc.,
7  right?
8  A  Yes.
9  Q  Ms. Huang, does Aster Graphics, Inc. and Revol
10 Trading have any of the same employees?
11    MR. CHEN:  Objection; form.
12 BY MS. SAVRAN:
13 Q  The witness can answer.
14 A  No.
15 Q  We saw earlier that Revol Trading -- that Revol
16 Trading owns the trademark for True Image.
17    MS. SAVRAN:  Can we go back for a moment to --
18 I'm sorry.  Can we go back for a moment to Exhibit 10?
19 BY MS. SAVRAN:
20 Q  Ms. Huang, you received an email at your Aster
21 email to renew the service of process for Revol Trading,
22 right?
23 A  Yes.
24 Q  And we see here that Revol Trading is the owner
25 of True Image, right?

Page 63

1     MR. CHEN:  Objection.
2  BY MS. SAVRAN:
3  Q  The witness may answer.
4  A  I mean, I see on here it says Revol Trading,
5  yes.
6     MS. SAVRAN:  Can we briefly go back to
7  Exhibit 1?
8  BY MS. SAVRAN:
9  Q  Ms. Huang, do you remember seeing this document
10 earlier?
11 A  Yes.
12 Q  And do you see in the subject line that it
13 says, True Image biweekly meeting?
14 A  Yes.
15 Q  And you registered Revol Trading, but this
16 isn't you on this email?
17 A  No, I'm not on here.
18 Q  Okay.
19    MS. SAVRAN:  I am going to pull up the next
20 document, which I am going to mark as Exhibit 16.  Oh --
21 yeah, Exhibit 16.  I'm sorry.
22    (Exhibit 16 marked)
23    MS. SAVRAN:  Can we maybe make this bigger, if
24 possible?
25

Page 64

1  BY MS. SAVRAN:
2  Q  I am going to give the witness a moment to look
3  at this and then just let me know when you're ready.
4  A  Okay.
5  Q  Ms. Huang, do you recognize this document?
6  A  Hold on.  I need time.
7  Q  Sure.
8  A  Yes, I'm done.
9  Q  Ms. Huang, do you recognize this document?
10 A  I don't remember, actually, but now that I see
11 it, so -- yeah.
12 Q  Ms. Huang, was this email to your Aster email
13 from the California Secretary of State?
14 A  Yes.
15 Q  And on -- in 2020, you registered Eco Imaging
16 Inc. with the California Secretary of State?
17 A  Yes.
18 Q  Who at Aster Graphics, Inc. told you to
19 register Eco Imaging in 2020?
20 A  Leon.
21 Q  And just to be clear, that's President Leon of
22 Aster Graphics, Inc.?
23 A  Yes.
24    MS. SAVRAN:  I am going to bring up this next
25 document, which I am going to mark as Exhibit 17.

Page 65

1     (Exhibit 17 marked)
2     MS. SAVRAN:  And we can make it bigger as well.
3  BY MS. SAVRAN:
4  Q  I will give the witness a moment to look at
5  this and then just let me know when you're ready.
6  A  Okay.  Okay.
7  Q  Ms. Huang, do you recognize this document?
8  A  Yes.
9  Q  Is this email from the Secretary of State to
10 your Aster email?
11 A  Yes.
12 Q  Ms. Huang, why was the -- this notice for Eco
13 Imaging sent to your Aster email?
14 A  So I was the one who registered the statement
15 of information with the Secretary of State.  I was the
16 one who registered it.
17 Q  Is Eco Imaging controlled by Aster Graphics,
18 Inc.?
19    MR. CHEN:  Objection; form.
20 BY MS. SAVRAN:
21 Q  The witness can answer.
22 A  I don't know.
23 Q  Did you receive other emails like this for Eco
24 Imaging?
25 A  Nothing else other than this one.

Page 66

1   Q   So during your time at Aster Graphics, Inc.,
2   you received this email in 2022 and also the one we just
3   looked at from 2020, but no others?
4   A   Well, I don't remember, actually.  If it's
5   something -- if it is something that I have filed, then
6   I will receive it.  If I didn't file it, I would not
7   receive it.
8   Q   And if you filed it, it would go only to your
9   Aster email?
10  A   Yes.  Yes, I used my own email address to do
11  the registration.
12  Q   When you say your own email address, you mean
13  your email address with Aster Graphics, Inc., right?
14  A   Yes.
15      MS. SAVRAN:  I am going to pull up this next
16  document, which I am going to mark as Exhibit 18.
17      (Exhibit 18 marked)
18  BY MS. SAVRAN:
19  Q   And I am going to give the witness a moment to
20  look at it and then just let me know when you're ready.
21  A   Okay.  Okay.  I'm done.
22  Q   Ms. Huang, do you recognize this document?
23  A   Yes.
24  Q   And was this sent to you from the California
25  Secretary of State to your Aster Graphics, Inc. email?

Page 67

1   A   Yes.
2   Q   And you registered Eco Imaging with the
3   California Secretary of State on March 27th, 2024; is
4   that accurate?
5   A   Yes.
6   Q   Who at Aster Graphics, Inc. told you to
7   register Eco Imaging in March of 2024?
8   A   Leon.
9   Q   And just to be clear, this is President Leon of
10  Aster Graphics, Inc.?
11  A   Yes.
12      MS. SAVRAN:  I am going to pull up this next
13  document, which I am going to mark as Exhibit 19.
14      (Exhibit 19 marked)
15  BY MS. SAVRAN:
16  Q   And I will give the witness a moment to look at
17  it and then please just let me know when you're ready.
18  We can make it a little bigger if you need.
19  A   I am still waiting for it.  Hold on.  Okay.
20  Q   Ms. Huang, do you recognize this document?
21  A   Yes.
22  Q   Do you remember registering Intercon
23  International with the Secretary of State on
24  November 28th, 2022?
25  A   Yes.

Page 68

1   Q   And this email was sent to your Aster Graphics,
2   Inc. email, correct?
3   A   Yes.
4   Q   Who at Aster Graphics, Inc. told you to
5   register Intercon on November 28th, 2022?
6   A   Leon.
7   Q   And just to be clear, that's President Leon of
8   Aster Graphics, Inc.?
9   A   Yes.
10      MS. SAVRAN:  I am going to bring up this next
11  document, which I am going to mark as Exhibit 20.
12      (Exhibit 20 marked)
13  BY MS. SAVRAN:
14  Q   And I will give the witness a moment to review
15  and please just let me know when you're ready.
16  A   (In English) Okay.
17      (Through the interpreter) Okay.
18  Q   Ms. Huang, do you recognize this document?
19  A   Yes.
20  Q   Do you remember registering Intercon
21  International with the Secretary of State on
22  November 20th, 2023?
23  A   Yes.
24  Q   And, Ms. Huang, you completed this registration
25  through your Aster Graphics, Inc. email, right?

Page 69

1   A   Yes.  My email was used to receive these
2   notices.
3   Q   And, Ms. Huang, who at Aster Graphics, Inc.
4   told you to register Intercon on November 20th of 2023?
5   A   Leon.
6   Q   And just to be clear, that's President Leon of
7   Aster Graphics, Inc.?
8   A   Yes.
9       MR. CHEN:  I am going to pull up this next
10  document, which I am going to mark as Exhibit 21.
11      (Exhibit 21 marked)
12      MS. SAVRAN:  We can also make it a little bit
13  bigger.
14  BY MS. SAVRAN:
15  Q   And I will give the witness a moment to review
16  and then just let me know when you're ready.
17  A   Okay.
18  Q   Ms. Huang, do you recognize this document?
19  A   Yes.
20  Q   Ms. Huang, was this email sent to your Aster
21  Graphics, Inc. email from the Secretary of State?
22  A   Yes.
23  Q   Do you remember registering Intercon
24  International with the Secretary of State on
25  November 18th of 2020?

```
                                                  Page 70                                                   Page 72
 1    A   I don't exactly remember myself, but looking at    1    Q   And, Ms. Huang, who at Aster Graphics, Inc.
 2  this document, yes, it appears to be that way.           2  instructed you to register Revol Trading on
 3    Q   And, Ms. Huang, who at Aster Graphics, Inc.        3  November 26th of 2024?
 4  told you to register Intercon International with the     4    A   Leon.
 5  Secretary of State in November of 2020?                  5    Q   And just to be clear, that's President Leon of
 6    A   Leon.                                              6  Aster Graphics, Inc.?
 7    Q   And just to be clear, that's President Leon of     7    A   Yes.
 8  Aster Graphics, Inc.?                                    8        MS. SAVRAN:  I am going to pull up this next
 9    A   Yes.                                               9  document, which I am going to mark as Exhibit 23.
10    Q   I'm going to --                                   10        (Exhibit 23 marked)
11        MR. CHEN:  Can we go off the record for, like,   11  BY MS. SAVRAN:
12  a short -- 30 seconds?  I am having technical issues    12    Q   And I will give the witness a moment to review
13  with my own Zoom.                                       13  this document and just let me know when you're ready.
14        MS. SAVRAN:  Sure.                                14    A   Okay.
15        VIDEO OPERATOR:  Okay.  We are now going off     15    Q   Ms. Huang, do you recognize this document?
16  the record.  The time is 1:58 p.m.                      16    A   Yes.
17        (Recess)                                          17    Q   Was this sent to you from the Secretary of
18        VIDEO OPERATOR:  We are now back on the record.  18  State to your Aster Graphics, Inc. email?
19  The time is 2:04 p.m.                                   19    A   Yes.
20        MS. SAVRAN:  Okay.  I am going to bring up a     20    Q   And does this reg- -- does this filing pertain
21  document that I am going to mark as Exhibit 22.         21  to Revol Trading?
22        (Exhibit 22 marked)                               22    A   Yes.
23  BY MS. SAVRAN:                                          23    Q   Do you -- or strike that.
24    Q   I will give the witness a moment to review and   24        So in 2022 you were using your Aster Graphics,
25  then please just let me know when you're ready.         25  Inc. email to file with the Secretary of State for Revol

                                                  Page 71                                                   Page 73
 1    A   Okay.                                              1  Trading?
 2    Q   Ms. Huang, do you recognize this document?        2    A   Actually I was using this email address to
 3    A   Yes.                                               3  receive the notices.
 4    Q   Ms. Huang, was this document sent to your Aster    4    Q   And that email address is your Aster Graphics,
 5  Graphics, Inc. email from the Secretary of State?        5  Inc. email, correct?
 6    A   Yes.                                               6    A   Yes.
 7    Q   And which entity was this -- was this filing       7    Q   And, Ms. Huang, who at Aster Graphics, Inc.
 8  pertaining to?                                           8  told you to do this registration in 2022?
 9    A   Revol Trading Inc.                                 9    A   Leon.
10    Q   And, Ms. Huang, did you regularly receive        10    Q   And just to be clear, that's President Leon of
11  filing emails from the Secretary of State for Revol    11  Aster Graphics, Inc.?
12  Trading to your Aster Graphics, Inc. email?            12    A   Yes.
13        MR. CHEN:  Objection; vague.                     13    Q   Ms. Huang, we have looked at a few different
14  BY MS. SAVRAN:                                          14  entities that you've registered today, Revol Trading,
15    Q   The witness can answer.                          15  Intercon -- I'm sorry -- Revol Trading, Intercon and Eco
16    A   No.  Only when filing would I receive it.        16  Imaging.  Were there any other entities that you
17    Q   And how often did you file for Revol Trading?    17  registered while working at Aster Graphics, Inc.?
18    A   Not sure.  I would say at most maybe once a      18    A   No.
19  year.  Not sure.                                        19    Q   And all the entities you registered -- strike
20    Q   So you think you filed with the Secretary of     20  that.
21  State for Revol Trading about once a year?              21        And President Leon asked you to register all of
22    A   I'm not exactly sure.                             22  these entities?
23    Q   When you filed for Revol Trading did you always  23    A   Yes.
24  use your Aster Graphics, Inc. email?                    24    Q   Do you work for any of the entities that you
25    A   Yes.                                              25  registered?
```

Page 74
1  A   No.
2  Q   So you're not an accountant for Eco Imaging,
3  Revol Trading or Intercon?
4  A   I'm not.
5  Q   And you don't know any employees of Intercon,
6  Eco Imaging or Revol Trading?
7      MR. CHEN:  Objection; asked and answered.
8  BY MS. SAVRAN:
9  Q   The witness can answer.
10 A   I don't know them.
11 Q   Okay.  Well, I'm almost done.  I just have a
12 few final questions and then we can probably wrap this
13 up today.
14     Ms. Huang, is there anything else that we
15 haven't discussed today in the deposition that you think
16 is relevant to your role at Aster Graphics, Inc.?
17 A   I don't exactly understand what you mean by
18 that question.
19 Q   Sure.  Let me rephrase.  Is there anything else
20 about Intercon, Eco Imaging or Revol related to your job
21 at Aster Graphics, Inc. that we haven't talked about?
22 A   No.
23 Q   And, Ms. Huang, do you know of anyone else at
24 Aster Graphics, Inc. who was involved, besides you and
25 President Leon, with registering Revol, Intercon and Eco

Page 75
1  Imaging?
2  A   I don't know.
3  Q   Okay.  Well, I don't have any other questions
4  right now.  So thank you so much for your time.  And we
5  can conclude the deposition today.
6      VIDEO OPERATOR:  Before we go off the record,
7  would you like any video orders?  Would you like the
8  MP4?
9      MR. CHEN:  I think you are supposed to --
10 Counsel, I think you are supposed to pass the witness to
11 see if I have any redirect, but just for the sake of
12 record, I don't have any redirect for witness, so you
13 may conclude the deposition of this particular witness.
14     MS. SAVRAN:  Thank you.
15     VIDEO OPERATOR:  Valerie -- or Ms. Valerie,
16 would you like an MP4 for this job?
17     MS. SAVRAN:  Yes.  We'd like to request the
18 deposition transcript, please.
19     VIDEO OPERATOR:  Transcript.  And media?
20     MS. SAVRAN:  Yes, please.
21     VIDEO OPERATOR:  Perfect.  And then, Mr. Chen?
22     MR. CHEN:  Yeah, we would like to do the same
23 and no need to rush that, rush the order either.
24     VIDEO OPERATOR:  Perfect.  All right, Counsel.
25 All right.  Well, this concludes the deposition of

Page 76
1  Claire Huang.  Going off the record at 2:17 p.m.
2      (Off video record)
3      THE REPORTER:  Mr. Chen, would you like to
4  purchase a copy of the certified transcript?
5      MR. CHEN:  Yes.
6      THE REPORTER:  Would you like me to send the
7  read-only PDF directly to you to forward to the witness
8  or to the witness directly?
9      MR. CHEN:  It should be to me, as counsel, yes.
10     MS. SAVRAN:  And we would like a rough draft
11 rushed, please.  And a transcript.
12     THE REPORTER:  You would like the rough rushed,
13 but not the final, correct?
14     MS. SAVRAN:  Yes, just the rough, please.
15     THE REPORTER:  Thank you.
16     (The proceedings concluded at 2:21 p.m.)

Page 77
1              CERTIFICATE OF READER-INTERPRETER
2
3      I, _____,
4  whose address is _____,
5  a person who speaks the language of the deponent; namely
6  Mandarin, do hereby certify that on the _____ day of
7  _____, 2025, I did translate into the
8  Mandarin language, reading same to the deponent in her
9  native tongue, to the best of my ability;
10     That all corrections and changes requested by
11 the deponent were made and initialed by the deponent;
12     That upon completion of said reading, the
13 deponent did confirm to me that she had understood the
14 reading.
15
16
17                              _____
18                                READER-INTERPRETER