# EXHIBIT 9

```
Domain: iamstech.com
Record Date: 2017-05-13
Registrar: HICHINA ZHICHENG TECHNOLOGY LTD.
Server: grs-whois.hichina.com
Created: 2016-04-15
Updated: 2016-12-17
Expires: 2021-04-15

Record:
Domain Name: iamstech.com
Registry Domain ID: 2021762940_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://whois.aliyun.com/
Updated Date: 2017-04-27T02:40:59Z
Creation Date: 2016-04-15T06:22:15Z
Registrar Registration Expiration Date: 2021-04-15T06:22:15Z
Registrar: HICHINA ZHICHENG TECHNOLOGY LTD.
Registrar IANA ID: 420
Reseller:
Domain Status: ok http://www.icann.org/epp#OK
Registry Registrant ID: Not Available From Registry
Registrant Name: Mike
Registrant Organization: AMSTECH LIMITED
Registrant Street: Guang Dong Sheng Zhong Shan Shi San Xiang Zhen Ya Ji Le Zhong Xin Cheng Hui Suo Zhong Shan Yan Tuo Da Yin Ji She Bei Gong Si
Registrant City: zhong shan shi
Registrant State/Province: guang dong
Registrant Postal Code: 528463
Registrant Country: CN
Registrant Phone: +86.13078639948
Registrant Phone Ext:
Registrant Fax: +86.13078639948
Registrant Fax Ext:
Registrant Email: Jacob.xie@goaster.com
Registry Admin ID: Not Available From Registry
Admin Name:  Mike
Admin Organization: Amstech Company Limited
Admin Street: Zhu Hai Xiang Zhou Hua Wei Lu 100Hao Ou Luo Er Qi Yi Hao Dian Ti 5Lou Ban Gong Shi
Admin City: zhu hai shi
Admin State/Province: guang dong
Admin Postal Code: 519075
Admin Country: CN
Admin Phone: +86.13078639948
Admin Phone Ext:
Admin Fax:+86.13078639948
Admin Fax Ext:
Admin Email: Jacob.xie@goaster.com
Registry Tech ID: Not Available From Registry
Tech Name:  Mike
```

```
Tech Organization: Amstech Company Limited
Tech Street: Zhu Hai Xiang Zhou Hua Wei Lu 100Hao Ou Luo Er Qi Yi Hao Dian Ti 5Lou Ban Gong Shi
Tech City: zhu hai shi
Tech State/Province: guang dong
Tech Postal Code: 519075
Tech Country: CN
Tech Phone: +86.13078639948
Tech Phone Ext:
Tech Fax: +86.13078639948
Tech Fax Ext:
Tech Email: Jacob.xie@goaster.com
Name Server: dns10.hichina.com
Name Server: dns9.hichina.com
DNSSEC: unsigned
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp

Registry Billing ID: Not Available From Registry
Billing Name:  Mike
Billing Organization: Amstech Company Limited
Billing Street: Zhu Hai Xiang Zhou Hua Wei Lu 100Hao Ou Luo Er Qi Yi Hao Dian Ti 5Lou Ban Gong Shi
Billing City: zhu hai shi
Billing State/Province: guang dong
Billing Postal Code: 519075
Billing Country: CN
Billing Phone: +86.13078639948
Billing Phone Ext:
Billing Fax: +86.13078639948
Billing Fax Ext:
Billing Email: Jacob.xie@goaster.com
```