# EXHIBIT 10

## Payroll Summary



| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|

**Department:** 010 - CA FBA Team

Company: ASTER GRAPHICS INC  
Check dates from: 1/6/2023 - Payroll 1 to: 12/22/2023 - Payroll 1  
Pay Period from: 12/19/2022 to: 12/17/2023

7 of 18

Date Printed: 02/18/2025 17:54  
20270985 - RP/RXK

**CONFIDENTIAL**

ASTER36610

## Payroll Summary



Company: ASTER GRAPHICS INC  
Check dates from: 1/6/2023 - Payroll 1 to: 12/22/2023 - Payroll 1  
Pay Period from: 12/19/2022 to: 12/17/2023

8 of 18

Date Printed: 02/18/2025 17:54  
20270985 - RP/RXK

**CONFIDENTIAL**

ASTER36611

## Payroll Summary



Company: ASTER GRAPHICS INC
Check dates from: 1/6/2023 - Payroll 1 to: 12/22/2023 - Payroll 1
Pay Period from: 12/19/2022 to: 12/17/2023

9 of 18

Date Printed: 02/18/2025 17:54
20270985 - RP/RXK

**CONFIDENTIAL**

ASTER36612

## Payroll Summary



Company: ASTER GRAPHICS INC
Check dates from: 1/6/2023 - Payroll 1 to: 12/22/2023 - Payroll 1
Pay Period from: 12/19/2022 to: 12/17/2023

10 of 18

Date Printed: 02/18/2025 17:54
20270985 - RP/RXK

**CONFIDENTIAL**

ASTER36613

# Payroll Summary



Company: ASTER GRAPHICS INC
Check dates from: 1/5/2024 - Payroll 1 to: 12/20/2024 - Payroll 1
Pay Period from: 12/18/2023 to: 12/15/2024

6 of 14

Date Printed: 02/18/2025 17:55
20270985 - RP/RXK

**CONFIDENTIAL**

ASTER36627

## Payroll Summary



Company: ASTER GRAPHICS INC  
Check dates from: 1/5/2024 - Payroll 1 to: 12/20/2024 - Payroll 1  
Pay Period from: 12/18/2023 to: 12/15/2024

7 of 14

Date Printed: 02/18/2025 17:55  
20270985 - RP/RXK

**CONFIDENTIAL**     ASTER36628

## Payroll Summary



Company: ASTER GRAPHICS INC
Check dates from: 1/5/2024 - Payroll 1 to: 12/20/2024 - Payroll 1
Pay Period from: 12/18/2023 to: 12/15/2024

8 of 14

Date Printed: 02/18/2025 17:55
20270985 - RP/RXK

**CONFIDENTIAL**

ASTER36629