# EXHIBIT 11

Outlook

## RE: New Lexmark order

| | |
|---|---|
| From | Young <871215526@qq.com> |
| Date | Wed 9/4/2019 2:55 PM |
| To | Mark Schwanauer <mark@mlproducts.com>; &#39;customer.service3&#39; <customer.service3@goaster.com>; &#39;John Zhang&#39; <johnzhang210@gmail.com>; john.zhang <john.zhang@goaster.com>; young.xu <young.xu@goaster.com> |

📎 1 attachment (548 KB)
Aster Indemnification Agreement9-3-19.pdf;

Hi Mark,

Sorry I forgot the attachement. Resend.

----------------- 原始邮件 -----------------
**发件人:** "我自己的邮箱"<871215526@qq.com>;
**发送时间:** 2019年9月5日(星期四) 凌晨5:45
**收件人:** "Mark Schwanauer"<mark@mlproducts.com>;"&#39;customer.service3&#39;"<customer.service3@goaster.com>;"&#39;John Zhang&#39;"<johnzhang210@gmail.com>;
**主题:** 回复：Fw: RE: New Lexmark order

Hi Mark,

I have the indemnification agreement signed by Brandon. Here you have the scan copy. The rebate program will be updated soon.

Thanks and best regards,

   **Young**
**Sales**
www.aster-usa.com

Please follow us on social media:


**Phone:** 562-404-9315 Ext 530 **Fax:**562-404-9570
**Email:** Young.Xu@goaster.com
         Customer.service3@goaster.com
**New Location:** 12000 Magnolia Ave Suite 101, Riverside, CA 92503
**Website**：www.aster-usa.com

NOTICE: This e-mail, and any attachments thereto, are intended only for use by the addressee(s) named herein and considered as confidential material. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message.

**From:** Mark Schwanauer
**Date:** 2019-09-03 13:49
**To:** 'John Zhang'
**CC:** 'lauren'; 'customer.service3'; 'John.Zhang'; 'young.xu'
**Subject:** RE: New Lexmark order

Hi John,

Can you sign and return the new indemnification agreement. Also, any updates on the 2019 rebate program?

Thanks,
Mark

---

**From:** John Zhang [mailto:johnzhang210@gmail.com]
**Sent:** Tuesday, August 27, 2019 1:46 PM
**To:** Mark Schwanauer
**Cc:** lauren; customer.service3; John.Zhang; young.xu
**Subject:** Re: New Lexmark order

Hi Mark,

I will talk to our financial dept. about the rebate again. Hope I can get your suggestion approved.

Yes Brother filed a new round of "337" Investigation in the USA again 30 outstanding manufacturers and big e-tailers in aftermarket. I'd like to share with you our response to it. Please see attached.

"337" Investigation is not a new word to aftermarket. Before that, Canon has filed 3 rounds of "337" Investigation against aftermarket in the USA. In the first two rounds of "337" Investigation, Canon was awarded General Exclusion Orders ("GEO" ) issued by the U.S. International Trade Commission ("ITC"). Many products from China factories were rejected by US custom but Aster products were approved to enter US market, which doubled our market share in the USA. In the third "337" investigation filed in March last year, Aster won the lawsuit against Canon and proved that Aster products didn't infringe Canon patents. With those successful experiences, we are confident in the new 337 compliant filed by Brother So no worries Mark. Now, our IP team and legal group are preparing for defending our products.

Also, we will sign the indemnification agreement with you to cover any risk from selling our products. Please see second attachment for the draft agreement and let me know your comments.

Sincerely,
John

On Tue, Aug 27, 2019 at 1:28 PM Mark Schwanauer <mark@mlproducts.com> wrote:
> Hi John,
>
> I am currently on pace to purchase $192K.  I would like to agree on 1.5% for under $200K and 2% for $200K+.  Does that work?
>
> Also, I read about the new brother lawsuit and it worries me.  Can you send me an indemnification agreement?
>
> Re:  https://www.therecycler.com/posts/aster-responds-to-brother-complaint/
>
> "Our customers are provided full indemnification and we will protect and defend the best interests of our company and customers."
>
> Thanks,
> Mark
>
> ---
>
> **From:** John Zhang [mailto:johnzhang210@gmail.com]
> **Sent:** Tuesday, July 30, 2019 12:39 PM
> **To:** Mark Schwanauer
> **Cc:** lauren; customer.service3; abner.luo; John.Zhang; young.xu
> **Subject:** Re: New Lexmark order
>
> Hi Mark,
>
> I make a sales plan for your reference. It's not difficult for us to reach $200k or even $250k this year.
>
> I adjusted the price for many items which I think we can win more orders If we can make monthly purchase amount $30K possible, yearly sales will be $230k as we still have 5 monthly this year（$150+$80k in Jan.-Jul.）. Then we hit the tier one 1.5% rebate.
>
> We can also list other items I suggested in the second excel sheet. Or other items you are intersted in. I will give you best support on the price to make another $20k purchase possible. Then we hit second tier 2% rebate

Hope you will be confident enough in my plan. Look forward to your comments.

Sincerely,

John

On Tue, Jul 30, 2019 at 10:15 AM John Zhang <johnzhang210@gmail.com> wrote:
> Hi Mark,
>
> As the prices we offer you are really low, I didn't get approval for 2% rebate if purchase over $100k. Also, currently your purchase was already about $80k.
>
> I suggest that we adjust the rebate as below. I will talk to our accounting about it again. Please let me know if that works.
>
> Yearly Purchase>$200k       1.5% rebate
> Yearly purchase> $250k       2% rebate.
>
> It's easy for you for hit the line and it's easier for me to get it approved. I will show you the details in Skype.
>
> Sincerely,
> John
>
> On Mon, Jul 29, 2019 at 5:36 PM Mark Schwanauer <mark@mlproducts.com> wrote:
>> **Hi John,**
>>
>> Any updates on the rebate program?
>>
>> Rebate program is no good.  I am only on pace to purchase less than $200K this year.  The first teir (1%) doesn't even kick in till $250K.
>>
>> Lets just agree that as long as I purchase over $100K a year = 2% rebate.
>>
>> -Mark
>>
>> ---
>>
>> **From:** John Zhang [mailto:johnzhang210@gmail.com]
>> **Sent:** Monday, July 08, 2019 1:25 PM
>> **To:** Mark Schwanauer; lauren
>> **Cc:** customer.service3; abner.luo; John.Zhang; young.xu
>> **Subject:** Re: New Lexmark order
>>
>> Hi Mark,
>>
>> How was your weekend?
>>
>> Glad to tell you that I got all credits approved last week. Can we check some details again here?
>>
>> 1. Our accounting disagreed on the amount of 10% restocking fee.  They insisted that 10% restocking fee should be caculated on the basis of refund amount. So it's $1683.00.
>>
>> 2. Our accounting processed the RMA refund $16830 as credit memo. Can we use it for future orders instead of sending check to you?
>>
>> 3. The rebate program for 2019 is attached. Could you check and let me know your comments?

| | | |
|---|---|---|
| **1. Rebate** | | |
| Total purchase amount in 2019 | $312,565.77 | |
| Return 187 sets of HP 202X(Price $22.50) | -$16,830.00 | |
| The final total purchase amount | $295,735.77 | |
| 2% rebate | $5,914.72 | Credit memo#1382731A |
| Rebate already applied to invoice#1257944A | -$2,468.00 | |
| Remaining credit | $3,446.72 | |
| **2. Price compensation** | | |
| Price compensation for HP 202X(113 sets) | -$1,672.40 | Already applied to PO#22898 |
| Price compensation for CF237A(300pcs) | $1,650.00 | |
| 10% restocking fee for 187sets of HP 202X | -$1,683.00 | |
| Remaining credit | -$33.00 | Mark need to pay $33.00 to Aster |
| **3. RMA refund** | | |
| Refund for 187sets of HP 202X(Price $22.50) | $16,830.00 | Credit memo#1382462A |
| Reminding credit | $16,830.00 | |

Sincerely,
John

On Mon, Jun 24, 2019 at 3:21 PM Mark Schwanauer <mark@mlproducts.com> wrote:

> Hi,
>
> I need to order Lexmark.  Do you have any stock or will you get any soon?
>
> Also,
> Still no final answer on any of the 3 issues below.

---

**From:** John Zhang [mailto:johnzhang210@gmail.com]
**Sent:** Monday, June 17, 2019 2:39 PM
**To:** Mark Schwanauer
**Cc:** customer.service3; abner.luo; John.Zhang; young.xu
**Subject:** Re: Fw: RE: New price for TN-433 and Lexmark

Hi Mark,

Thank you for reminding us the refund issue.

1. Price Protection + Rebate

We will process the credits step by step. Our accounting is checking the rebate amount now.  And we will apply the credits to your future orders.

2.Refund for return of 202x

The returned HP 202X was supposed to be delivered. I will push our RMA team to process and mail check to you.

3. Rebate Program in 2019

We are trying to get it approved from Brandon now.

Sincerely,

John

---

> **From:** Mark Schwanauer [mailto:mark@mlproducts.com]
> **Sent:** Thursday, June 13, 2019 2:49 PM
> **To:** 'Luo Abner'; 'Mark Shwanauer'; 'YOUNG.XU@GOASTER.COM'; 'John.Zhang'; 'Lauren Starbird'
> **Subject:** RE: New price for TN-433 and Lexmark
>
> Hi Abner,

There are 2 separate refund issues with you guys. There is the rebate/price protection and then there is the refund for the 202x. Here is the math on each:

## 1. Price Protection + Rebate

| | | |
|---|---|---|
| 18年总采购量 | $312,565.77 | Previous rebate total before 202x return |
| Return 187 sets HP202X (Price: $22.50) | ($16,830.00) | 202x return |
| **The final total purchase amount :** | **$295,735.77** | New total used to calculate 2% rebate |
| 2% rebate: | ($5,914.72) | 2% rebate |
| Price compensation for CF237A(300 pcs) | ($1,650.00) | Price Protection |
| Price compensation for HP 202X(113 sets) | ($1,672.40) | Price Protection |
| **Total amount of rebate +price protection** | ($9,237.12) | This is the total owed for rebate + price protection |
| Rebate/price protection already applied (Aster Invoice 1257944A) | $2,468.00 | |
| **Remaining Rebate/price protection still unused** | **($6,769.12)** | If we split this to the next 4 orders it would be $1,692.28 credit on the next 4 orders |

## 2. Refund for return of 202x

| | |
|---|---|
| Need return 16830 to Mark for 187 sets HP 202X | ($16,830.00) |
| 10% Restocking fee for 187 sets HP 202X | $1,40624 |
| **Total amount of refund** | **($15,423.76)** |

I would like to get a check for $15,423.76 for the 202X return ASAP, then we can also start to apply a $1,692.28 credit to the next 4 orders (for a total of $6,769.12).

Please let me know if you agree.

Thanks,
Mark

--

**John Zhang**
Aster Graphics, Inc.
562 404 9315 EXT 112
Skype:johnzhang210
Tel & What's App: +8617688147793

--

**John Zhang**
Aster Graphics, Inc.
562 404 9315 EXT 112
Skype:johnzhang210
Tel & What's App: +8617688147793

--

**John Zhang**
Aster Graphics, Inc.
562 404 9315 EXT 112
Skype:johnzhang210
Tel & What's App: +8617688147793

--

**John Zhang**
Aster Graphics, Inc.
562 404 9315 EXT 112
Skype:johnzhang210
Tel & What's App: +8617688147793

--

**John Zhang**
Aster Graphics, Inc.
562 404 9315 EXT 112
Skype:johnzhang210
Tel & What's App: +8617688147793