# EXHIBIT 14

| | |
|---|---|
| **From:** | Dana R. Vogel <drv@mccunelawgroup.com> |
| **Sent:** | Sunday, May 25, 2025 1:35 PM |
| **To:** | HuaChen SBPA; Valerie L. Savran |
| **Cc:** | Geoffrey Stover; JosephRomero SBPA; Connor P. Lemire; ShrutiAggarwal SBPA; Geoffrey Stover; Addison Alvarado; Keena Patel |
| **Subject:** | RE: Meet and Confer Request (ML Products, Inc.) |

Hua,

Thank you for letting us know. We will draft the one-month extension and send it your way for review. Hopefully we are able to negotiate document production and can avoid motion practice on discovery.

To summarize our meet and confer Friday May 23rd:

First- search terms:
We agreed on the following search terms:
1. "AZTECH" or "A AZTECH"
2. "AMSTECH" or "IAMSTECH"
3. "COMEINK"
4. "INFITONER"
5. "Ink4Fun"
6. "Inkalfa"
7. "SMILINK"
8. "Toner H Party"
9. "Victoner"
10. "WOWTONER"
11. "YB Toner"
12. "ASIN"
13. "SUNDOC"
14. "Variation" (We discussed the potential for too many hits. Decided that if Aster does the search and it returns too many hits, we can link it with the term "Amazon").
15. "FBA" (We discussed the relevance of this and that Aster has a relevance objection. I explained why this term is relevant. We can revisit if there are too many hits once the search is conducted.)
16. "Gift card or giftcard or egiftcard"
17. "Product Review"
18. "Customer Review"
19. "Negative review"
20. "ML Products or M L Products"
21. "james.easton1998@outlook.com"
22. "ReviewMarketing@outlook.com"
23. "daviddigiacomomkm@gmail.com"
24. 'benchmarkemail.com" (We'll re-visit and discuss the search term "benchmark" if benchmarkemail.com returns zero of very few results).
25. "arcon" OR "access supplies" OR "Intercon International"
26. "eco imaging" OR "cool toner"
27. "iprint enterprise" OR "toner bank"

28. "revol trading" OR "true image"
29. "planet image"
30. "Catch supplies"
31. "johnzhang210@gmail.com" OR "John.Zhang@goaster.com"
32. "John Zhang"
33. "mark@mlproducts.com" OR "lauren@mlproducts.com"
34. "becky.anderson2009@outlook.com"


Second- platforms to search:

We discussed that Aster doesn't use Whatsapp for communicating. Wechat is a difficult form to search, so we agreed that screenshots will be sufficient. Aster agreed to the three custodians already proposed and will follow up regarding additional individuals who work on the sales team handling customer accounts. We mentioned searching emails if employees are using personal email accounts for business purposes, but you stated that its believed that most Aster employees only use their "goaster" email accounts.

Third- Relevant time period:
Plaintiff proposed January 1, 2018 to December 31, 2023. You responded that you will get back to us on this proposal narrowing the timeframe.

Fourth- John Zhang:
We discussed that Aster will be searching using the search term "John Zhang" which will hopefully help to uncover information about John Zhang. We also discussed that Aster does not object to us re-noticing the 30(b)(6) deposition to include topics related to John Zhang. We will re-notice the 30b6 deposition shortly.

Let me know if I'm missing anything and look forward to discussing further. Have a nice rest of your weekend.




# Dana R. Vogel
Attorney | Practice Area Leader

t: 909-557-1250 | f: 909-557-1275
drv@mccunelawgroup.com | mccunelawgroup.com
2415 E. Camelback Rd.Ste 850, Phoenix, AZ, 85016

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** HuaChen SBPA <huachen@scienbizippc.com>
**Sent:** Sunday, May 25, 2025 8:01 AM
**To:** Dana R. Vogel <drv@mccunelawgroup.com>; Valerie L. Savran <vls@mccunelawgroup.com>
**Cc:** Geoffrey Stover <geoff@axslawgroup.com>; JosephRomero SBPA <JosephRomero@scienbizippc.com>; Connor P. Lemire <cpl@mccunelawgroup.com>; ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>; Geoffrey Stover <geoff@axslawgroup.com>
**Subject:** RE: Meet and Confer Request (ML Products, Inc.)

2

Hi, Dana,

Thanks for the meet and confer call from this Friday. This confirms that Aster Graphics Inc. is amenable to a short one-month deadline extension to allow the parties to sort out the remaining discovery disputes. If your team could please help with drafting the extension papers, that would be great.

Have a good long weekend.

Best regards,

- Hua

Hua Chen, Esq.
HuaChen@ScienBiziPPC.com
ScienBiziP, P.C.
550 S Hope Street, Suite 2825 | Los Angeles, CA 90071
213.426.1778 (direct) | 213.426.1788 (fax)

---

**From:** HuaChen SBPA <huachen@scienbizippc.com>
**Sent:** Friday, May 23, 2025 12:50 PM
**To:** Dana R. Vogel <drv@mccunelawgroup.com>; Valerie L. Savran <vls@mccunelawgroup.com>
**Cc:** Geoffrey Stover <geoff@axslawgroup.com>; JosephRomero SBPA <JosephRomero@scienbizippc.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** Re: Meet and Confer Request (ML Products, Inc.)

4pm works.  - Hua

Get Outlook for iOS

---

**From:** Dana R. Vogel <drv@mccunelawgroup.com>
**Sent:** Friday, May 23, 2025 12:35:59 PM
**To:** HuaChen SBPA <huachen@scienbizippc.com>; Valerie L. Savran <vls@mccunelawgroup.com>
**Cc:** Geoffrey Stover <geoff@axslawgroup.com>; JosephRomero SBPA <JosephRomero@scienbizippc.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** RE: Meet and Confer Request (ML Products, Inc.)

Hua,
Apologies but we have a court appearance at 3pm. Would 4pm work for you?



# Dana R. Vogel
Attorney | Practice Area Leader

t: 909-557-1250 | f: 909-557-1275
drv@mccunelawgroup.com | mccunelawgroup.com
2415 E. Camelback Rd.Ste 850, Phoenix, AZ, 85016

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** HuaChen SBPA <huachen@scienbizippc.com>
**Sent:** Friday, May 23, 2025 12:34 PM
**To:** Valerie L. Savran <vls@mccunelawgroup.com>
**Cc:** Geoffrey Stover <geoff@axslawgroup.com>; JosephRomero SBPA <JosephRomero@scienbizippc.com>; Dana R. Vogel <drv@mccunelawgroup.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** Re: Meet and Confer Request (ML Products, Inc.)

Good afternoon Ms. Savran,
I am running a bit behind today. Can we start the meeting at 3 pm instead? Sorry for the last-minute change. Thank you.

Hua

Get Outlook for iOS

---

**From:** Valerie L. Savran <vls@mccunelawgroup.com>
**Sent:** Friday, May 23, 2025 9:53:51 AM
**To:** HuaChen SBPA <huachen@scienbizippc.com>
**Cc:** Geoffrey Stover <geoff@axslawgroup.com>; JosephRomero SBPA <JosephRomero@scienbizippc.com>; Dana R. Vogel <drv@mccunelawgroup.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** RE: Meet and Confer Request (ML Products, Inc.)

Hi Hua,

2 pm PDT sounds good, we will circulate an invite shortly.



Valerie L. Savran
Attorney
t: 909-557-1250 | f: 909-557-1275
vls@mccunelawgroup.com | mccunelawgroup.com
18565 Jamboree Rd Ste 550, Irvine, CA, 92612

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** HuaChen SBPA <huachen@scienbizippc.com>
**Sent:** Thursday, May 22, 2025 9:33 PM
**To:** Valerie L. Savran <vls@mccunelawgroup.com>
**Cc:** Geoffrey Stover <geoff@axslawgroup.com>; JosephRomero SBPA <JosephRomero@scienbizippc.com>; Dana R. Vogel <drv@mccunelawgroup.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** Re: Meet and Confer Request (ML Products, Inc.)

Ms. Savran,

We are generally available tomorrow afternoon.   Let's tentatively set a 2:0 pm start time.   Thanks.

Best regards,

- Hua

Hua Chen, Esq.
HuaChen@ScienBiziPPC.com

ScienBiziP, P.C.

550 S Hope Street, Suite 2825 | Los Angeles, CA 90071
213.426.1778 (direct) | 213.426.1788 (fax)

---

**From:** Valerie L. Savran <vls@mccunelawgroup.com>
**Sent:** Thursday, May 22, 2025 3:03 PM
**To:** HuaChen SBPA <huachen@scienbizippc.com>
**Cc:** Geoffrey Stover <geoff@axslawgroup.com>; JosephRomero SBPA <JosephRomero@scienbizippc.com>; Dana R. Vogel <drv@mccunelawgroup.com>; Connor P. Lemire <cpl@mccunelawgroup.com>
**Subject:** Meet and Confer Request (ML Products, Inc.)


Good afternoon,


In light of the discovery conference and Judge Bristow's recommendation, Plaintiff would like to meet and confer with Defendant regarding the discovery issues discussed at today's hearing.


We are not available today due to another deadline but are available to meet and confer tomorrow anytime from 1 pm-4 pm PDT. Please let us know if that works for Defendant, and we can circulate an invite.


Thank you so much, and we look forward to your response.

5



# Valerie L. Savran
Attorney

t: 909-557-1250 | f: 909-557-1275
vls@mccunelawgroup.com | mccunelawgroup.com
18565 Jamboree Rd Ste 550, Irvine, CA, 92612

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

This communication may contain privileged or other confidential information. If you are not the intended recipient or believe you received the communication in error, please do not print, copy, retransmit, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you.

This communication may contain privileged or other confidential information. If you are not the intended recipient or believe you received the communication in error, please do not print, copy, retransmit, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you.

This communication may contain privileged or other confidential information. If you are not the intended recipient or believe you received the communication in error, please do not print, copy, retransmit, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you.