# EXHIBIT 15

| | |
|---|---|
| **From:** | ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com> |
| **Sent:** | Wednesday, July 9, 2025 10:12 AM |
| **To:** | Valerie L. Savran |
| **Cc:** | Connor P. Lemire; Dana R. Vogel; Geoffrey Stover; HuaChen SBPA; JosephRomero SBPA; Litigation SBPA |
| **Subject:** | RE: ML Products v. Aster Graphics, Inc. Discovery Documents Follow Up |

Counsel,

Thank you for your email. The WeChat searches were conducted for each custodian, and screenshots of those searches were produced to demonstrate that no nonprivileged responsive messages were found. To the extent any hits appeared, they were either:

1. Messages within the *"ML Products v Aster"* WeChat group (comprising communications between our office and our client, which are protected by attorney-client privilege); or
2. Direct messages between Hua and the custodians (also subject to attorney-client privilege).

For transparency, we provided the search screenshots to confirm the absence of nonprivileged hits. At this time, there are no further responsive, nonprivileged messages to produce.

Please let us know if you have any further questions.

Best Regards,
Shruti

Shruti Aggarwal
ScienBiziP, P.C.
550 S Hope Street, Suite 2825 | Los Angeles, CA 90071
213.426.1782 (direct) | 213.426.1788 (fax)
Email: ShrutiAggarwal@scienbizippc.com

This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you have received the communication in error, please do not print, copy, retransmit, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. Thank you.

---

**From:** Valerie L. Savran <vls@mccunelawgroup.com>
**Sent:** Monday, July 7, 2025 2:31 PM
**To:** HuaChen SBPA <huachen@scienbizippc.com>; Geoffrey Stover <geoff@axslawgroup.com>; ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>
**Cc:** Connor P. Lemire <cpl@mccunelawgroup.com>; Dana R. Vogel <drv@mccunelawgroup.com>
**Subject:** RE: ML Products v. Aster Graphics, Inc. Discovery Documents Follow Up

Counsel,

In reviewing the production again, it has come to our attention that the July 1st production contains screenshots of the searches you ran on the WeChat platform but not screenshots of the actual messages.

We are following up to confirm that you will be producing screenshots of the actual messages.

Please produce the messages themselves promptly.

Thank you so much and we look forward to hearing from you soon.



### Valerie L. Savran
Attorney

t: 909-557-1250 | f: 909-557-1275
vls@mccunelawgroup.com | mccunelawgroup.com
18565 Jamboree Rd Ste 550, Irvine, CA, 92612

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** Valerie L. Savran
**Sent:** Monday, July 7, 2025 12:29 PM
**To:** HuaChen SBPA <huachen@scienbizippc.com>; Geoffrey Stover <geoff@axslawgroup.com>; ShrutiAggarwal SBPA <shrutiaggarwal@scienbizippc.com>
**Cc:** Connor P. Lemire <cpl@mccunelawgroup.com>; Dana R. Vogel <drv@mccunelawgroup.com>
**Subject:** ML Products v. Aster Graphics, Inc. Discovery Documents Follow Up

Counsel,

We wanted to follow up to confirm that your production on 7/1 encompassed "WeChat" screenshots for the three agreed upon custodians.

However, Aster has yet to follow up since our meet-and-confer at the of May on additional custodians who work on the sales team.

We kindly ask that you please provide information regarding additional sales team custodians, as well as when we can expect to receive production from those custodians as soon as possible.

Thanks so much, and we look forward to your response.

This communication may contain privileged or other confidential information. If you are not the intended recipient or believe you received the communication in error, please do not print, copy, retransmit, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you.