# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASTER GRAPHICS, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:23-cv-02094-MEMF-DTB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND MOTION FOR MONETARY AND EVIDENTIARY SANCTIONS**<br><br>**DISCOVERY MATTER**<br><br>Hearing Date: August 21, 2025<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. David T. Bristow<br><br>Discovery Cut-Off: August 27, 2025<br>Final Pre-Trial Conference: February 11, 2026<br>Trial Date: March 2, 2026 |

## **ORDER**

Plaintiff ML Products' Motion to Compel Discovery and Sanctions against Defendant Aster Graphics, Inc. ("Defendant") came before the Honorable David T. Bristow for hearing on August 21, 2025, in Courtroom 4 of the above entitled Court.

The Court, having considered Plaintiff's Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Within 10 days of the date of this Order, Defendant shall:

    a. Serve amended responses to Document Request Nos. 3, 9, 12, 21, 22, 23, 25, 33, 36, 38, 40, and 44 to confirm that it has made a diligent search and reasonable inquiry for the requested documents, and that it has produced all responsive documents (including communications such as emails and WeChats) in its possession, custody and control. If Defendant is unable to produce any of the requested documents, its response must state why and explain the steps taken to try to search for the documents.

2. Monetary sanctions are entered against Defendant. IT IS FURTHER ORDERED that within 21 days of this Order, Plaintiff shall file a brief detailing the amount of monetary sanctions sought, including supporting documentation. Defendant may file a response within 14 days after service of Plaintiff's brief.

3. IT IS FURTHER ORDERED that due to Defendant's discovery violations, the following evidentiary sanctions are imposed: (1) Defendant is precluded from presenting evidence or argument suggesting that the absence of any documents not produced within its possession, custody or control support its defense.

4. IT IS FURTHER ORDERED that the Court reserves authority to impose case dispositive sanctions, including default judgment, upon further motion and showing of additional misconduct or prejudice.

IT IS SO ORDERED.


Dated: _____, 2025

_____
HON. DAVID T. BRISTOW
United States Magistrate Judge