Richard D. McCune (SBN 132124)
rdm@mccunelawgroup.com
Valerie L. Savran (SBN 334190)
vls@mccunelawgroup.com
Andy Van Ligten (SBN 348696)
avl@mccunelawgroup.com
Brandon Keshish (SBN 351254)
bk@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250

Dana R. Vogel (*Pro Hac Vice*)
drv@mccunelawgroup.com
Connor P. Lemire (*Pro Hac Vice*)
cpl@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: (909) 557-1250

*Attorneys for Plaintiff ML Products, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASTER GRAPHICS, INC., et al., <br><br> Defendant. | Case No.: 5:23-cv-02094-MEMF-DTB <br><br> **JOINT STIPULATION TO REOPEN DISCOVERY AND FOR EXTENSION OF PRE-TRIAL DEADLINES FOR NINETY DAYS** <br><br> Hearing Date: December 11, 2025 <br> Time: 10:00 a.m. PT <br> Courtroom: 8B <br> Judge: Hon. Maame Ewusi-Mensah Frimpong, USDJ |

**TO THE HONORABLE COURT:**

ML Products Inc. ("ML Products") and Aster Graphics, Inc. ("Aster") (collectively referred to hereafter as "the Parties") by their respective undersigned counsel, hereby jointly move this Court to reopen discovery and for an extension of the Scheduling Deadlines by ninety days, and in support of this motion state as follows:

1. The Parties respectfully move the Court for the entry of an order reopening discovery and extending by ninety days the case scheduling deadlines previously entered in this action.

2. This extension is warranted by the order on Plaintiff's Motion to Compel, as well as the parties' intention to continue to engage in good-faith settlement discussions.

3. Counsel's efforts from October 2023 to September 2025 are laid out in the Declaration of Dana Vogel filed herewith. (Vogel Decl. ¶¶ 2-101).

4. On October 8, the Court partially granted Plaintiff's Motion to Compel. (Vogel Decl. ¶ 102; *see* Dkt No. 74).

5. On October 17, the parties conducted a meet-and-confer where the parties agreed to reopen discovery so that Defendant can comply with the Court's discovery order on Plaintiff's Motion to Compel. Defendant agrees to produce documents within the scope of the Court's discovery order by December 5, 2025. The parties have also agreed to allot extra time for resolving potential disputes over the adequacy of such production. Defendant also agreed to allow the two additional party depositions to take place during this timeframe. (Vogel Decl. ¶ 103).

6. During that call, the parties also discussed continuing mediation efforts during the pendency that discovery is reopened. (Vogel Decl. ¶ 104).

7. In light of the Court's October 8 order on Plaintiff's motion to compel, as well as continued settlement efforts, the Parties respectfully request that the Court reopen discovery, and extend all pre-trial deadlines by ninety (90) days.

8. The Court has granted two other extensions of the scheduling order to date. Dkt. Nos. 50, 61.

\\

9. Good cause exists to reopen discovery and extend the schedule where there is a Court order on a motion to compel. *See Stone v. Pfeiffer,* No. 1:21-CV-01461-KES-SAB (PC), 2024 WL 2119579, at *3 (E.D. Cal. Apr. 23, 2024); *see also J.W. Pharm. Corp. v. Kahn,* No. CV 12-1006 JGB (RZX), 2014 WL 12639070, at *3 (C.D. Cal. Dec. 11, 2014). Good cause also exists where the Parties are actively engaged in settlement efforts. *See Sentry Select Ins. Co. v. Norcold, Inc.,* No. 121CV00521JLTSAB, 2023 WL 9110983, at *3 (E.D. Cal. Dec. 15, 2023) (granting two modifications to the scheduling order and finding good cause where the parties were engaged in mediation efforts); *see also Barajas v. Advance Stores Co., Inc.*, No. 2:21-CV-02144-TLN-DB, 2022 WL 2208514, at *1 (E.D. Cal. June 21, 2022) (finding good cause exists to extend the scheduling order while "the parties attempt to resolve this matter through mediation").

10. The Parties respectfully submit that there is good cause for reopening discovery and the requested additional extension.

11. If the Court grants the Parties' joint motion, the schedule would be adjusted as displayed in the following chart:

| EVENT | CURRENT DATE | PREVIOUS JOINT STIPULATION[1] | PROPOSED NEW DATE |
| --- | --- | --- | --- |
| Trial | March 2, 2026 | May 4, 2026 | August 4, 2026 |
| Final Pretrial Conference; Hearing on Motions in Limine | February 11, 2026 | April 13, 2026 | July 16, 2026 |
| Fact Discovery Cutoff | August 27, 2025 | August 27, 2025 | February 16, 2026[2] |
| Expert Disclosure (Initial) | September 3, 2025 | November 3, 2025 | February 3, 2026 |
| Expert Disclosure (Rebuttal) | September 17, 2025 | November 17, 2025 | March 3, 2026[3] |

---

[1] The parties filed a joint stipulation to extend deadlines by 60 days on September 15, 2025. (Dkt No. 73). The Court never issued a ruling on that stipulation, but the parties propose extending the pre-trial deadlines ninety days from the dates proposed in that filing.

[2] This is based on reopening discovery for ninety (90) days based on Defendant's representation that it will supplement documents in accordance with the order on Plaintiff's motion to compel by or before December 5, 2025. (Vogel Decl., ¶ 103).

[3] Plaintiff agreed to allow Defendant additional time for rebuttal expert reports in light of the voluminous nature of Plaintiff's reports. As a result, the extension accounts for providing Defendant with an additional two (2) weeks from the time it receives Plaintiff's expert reports. (Vogel Decl., ¶ 105).

| | | | |
|---|---|---|---|
| Expert Discovery Cutoff | October 1, 2025 | December 1, 2025 | March 31, 2026 |
| Last Day to Hear Motions (Thursday) | November 20, 2025 | January 22, 2026 | April 23, 2026 |
| Deadline to Complete Settlement Conference | December 3, 2025 (Private Mediation) | February 3, 2026 (Private Mediation) | May 4, 2026 (Private Mediation) |
| Trial Filings (First Round) | January 14, 2026 | March 16, 2026 | June 16, 2026 |
| Trial Filings (Second Round) | January 28, 2026 | March 30, 2026 | June 30, 2026 |

For the foregoing reasons, the Parties jointly move the Court for entry of an order reopening discovery and modifying the scheduling order in this action to extend by ninety days.

DATED: October 28, 2025,                             **McCUNE LAW GROUP, APC**

　_/s/ Dana R. Vogel_
Dana R. Vogel
drv@mccunelawgroup.com
2415 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Telephone: 909-557-1250

*Attorneys for Plaintiff*

DATED: October 28, 2025,                             **SCIENBIZIP, P.C.**

　_/s/ Hua Chen (with permission)_
Hua Chen
huachen@scienbizippc.com
550 S. Hope St., Suite 2825
Los Angeles, CA 90071
Tel: (213) 426-1771
Fax: (213) 426-1788

*Attorney for Defendant Aster Graphics, Inc.*

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

　_/s/ Dana R. Vogel_
Dana R. Vogel

-3-
JOINT STIPULATION TO REOPEN DISCOVERY AND FOR EXTENSION OF PRE-TRIAL DEADLINES FOR NINETY DAYS
Case No. 5:23-cv-02094-MEMF-DTB