UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ML PRODUCTS INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>ASTER GRAPHICS, INC., et al.,<br><br>      Defendants. | Case No.: 5:23-cv-02094-MEMF-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO REOPEN DISCOVERY AND EXTEND PRE-TRIAL DEADLINES BY NINETY DAYS [DKT. NO. 76]** |

On October 28, 2025, the Parties filed a Joint Motion to Reopen Discovery and Extend Pre-Trial Deadlines by Ninety (90) Days based on the order on Plaintiff's motion to compel and ongoing mediation efforts.

The Court, having considered the Parties' Joint Motion and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1) Pursuant to the Joint Motion, the scheduling order in this action is extended and the Scheduling Order is updated to the below chart.

| EVENT | CURRENT DATE | PREVIOUS JOINT STIPULATION | NEW DATE |
|---|---|---|---|
| Trial | March 2, 2026 | May 4, 2026 | August 4, 2026 |
| Final Pretrial Conference; Hearing on Motions in Limine | February 11, 2026 | April 13, 2026 | July 16, 2026 |
| Fact Discovery Cutoff | August 27, 2025 | August 27, 2025 | February 16, 2026 |
| Expert Disclosure (Initial) | September 3, 2025 | November 3, 2025 | February 3, 2026 |
| Expert Disclosure (Rebuttal) | September 17, 2025 | November 17, 2025 | March 3, 2026 |
| Expert Discovery Cutoff | October 1, 2025 | December 1, 2025 | March 31, 2026 |
| Last Day to Hear Motions (Thursday) | November 20, 2025 | January 22, 2026 | April 23, 2026 |
| Deadline to Complete Settlement Conference | December 3, 2025 (Private Mediation) | February 3, 2026 (Private Mediation) | May 4, 2026 (Private Mediation) |
| Trial Filings (First Round) | January 14, 2026 | March 16, 2026 | June 16, 2026 |
| Trial Filings (Second Round) | January 28, 2026 | March 30, 2026 | June 30, 2026 |

**The Court is unlikely to grant any further continuances.**

IT IS SO ORDERED.

Dated: November 14, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge